UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-CV-21162-JAL

Fireman's Fund Insurance Company, et al.,

    Plaintiff(s),

v.

Gerling American Insurance Company,

    Defendant(s),



FILED by _____ D.C.

Dec 7, 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

BZ

### CLERK'S NOTICE OF TRANSFER TO OTHER DISTRICT

Pursuant to the Order of Transfer entered on **December 6, 2007**, the above-styled case is hereby transferred to the **Northern District of California**. Enclosed are certified copies of the Order of Transfer and the Court's docket sheet. The case record is [ ] **a combined paper and electronic file or [X] an electronic file** and the imaged documents can be obtained at **PACER.USCOURTS.GOV** by using your Pacer (**not CM/ECF**) login and password. If you do not have a pacer login, please contact the Pacer Center at 1-800-676-6856.

DONE at the Federal Courthouse, Miami, FL, Florida, this 7 day of December 2007.

                CLARENCE MADDOX,
                Court Administrator • Clerk of Court

                By: _____
                      Warren Condon
                      Deputy Clerk

---

**Please acknowledge receipt of this transfer by returning a time-stamped copy of this Notice to:**

United States District Court
Southern District of Florida
301 N. Miami Ave
Miami, FL 33128

**Received By:** _____

**New Case No.** _____