UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Fireman's Fund Ins.

        Plaintiff(s),

v.

Gerling American Ins.

        Defendant(s).

No. C 07-06302 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 11, 2008

Signature _____
Tino X. Do, Esq.
Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")

# PROOF OF SERVICE
*Fireman's Fund Ins. v. Gerling American Ins.*
United States District Court, Northern District of California
Case No. C 07 06302 BZ

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 650 California Street, Ninth Floor, San Francisco, California 94108-2200.

On **January 11, 2008**, I served the foregoing document(s) described as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in this action by placing [ ] the original [ X ] a true copy thereof enclosed in a sealed envelope addressed as stated below:

[ X ] **BY REGULAR MAIL:**

I caused such envelopes to be deposited in the United States Mail at San Francisco, California with postage thereon fully prepaid. I am "readily familiar' with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

| | |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Jon D. Derrevere, Esq. | Andrew R. Spector, Esq. |
| Derrevere Hawkes & Black | Hyman Spector & Mars, LLP |
| 470 Columbia Drive, Building "B" | Museum Tower, 27th Floor |
| West Palm Beach, FL 33409 | 150 West Flagler Street, Suite 2701 |
| T: 561-684-3222 | Miami, FL 33130 |
| F: 561-640-3050 | T: 305-371-4244 |
| | F: 305-371-5930 |

[ X ] **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California on **January 11, 2008**.

NAME: Yolanda Nesbitt            (Signature) *[signed]*

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

PROOF OF SERVICE