**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                        General Court Number
Clerk                                                                              415.522.2000


**January 15, 2008**

**CASE NUMBER:  CV 07-06302 BZ**
**CASE TITLE:  FIREMAN'S FUND INS.-v-GERLING AMERICAN INS.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco**  division.

**Honorable CHARLES R. BREYER**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 1/15/08


FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                  Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                        Special Projects
Log Book Noted                                              Entered in Computer 1/15/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                       Transferor CSA