1 | Shirley Jean McEachern, Esquire (FBN: 321044)
  | Derrevere, Hawkes & Black
2 | 470 Columbia Drive, Bldg B
  | West Palm Beach, FL 33409
3 | 561-684-3222

FILED
JAN 17 P 1:56

4

Attorneys for Plaintiff
5 | FIREMAN'S FUND INSURANCE COMPANY,
  | a foreign corporation a/s/o BASIC RESOURCES, INC.
6 | and GEORGE REED, INC., a foreign corporation

7

8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation, | CASE NO. C 07 06302 BZ |
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| vs. | |
| GERLING AMERICA INSURANCE COMPANY, a foreign corporation, | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Shirley Jean McEachern, Esquire, an active member in good standing of the Florida Bar (Florida Bar No.: 321044), hereby applies for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis representing FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; in particular, I am admitted to practice in front of and am in good standing all Florida State Courts and in the United States District Court for the Southern District of Florida. I am also admitted to practice and in good standing with the United States Court of Appeal, Eleventh Circuit.

2. I agree to abide by the Standards of Professional conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, telephone number, and email of that attorney is: Charles K. Brunn, Esquire, (CBN: 28021), 928 12th Street, Suite 200, P.O. Box 3366 (95353) Modesto, California 95354, Telephone: (209) 521-2133, CBrunn@Brunn-Flynn.com.

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| 1 | Dated: January 16, 2008 | RESPECTFULLY SUBMITTED |
| 2 | | DERREVERE, HAWKES & BLACK |
| | | 470 Columbia Drive, Bldg B |
| 3 | | West Palm Beach, FL 33409 |
| | | 561-684-3222; Fax: 561-640-3050 |
| 4 | | Email: jdd@derreverelaw.com |

By: *Shirley Jean McEachern* (signature)

SHIRLEY JEAN McEACHERN
*Pro Hac Vice*
FBN: 321044
Email: shirleyjean33409@aol.com
Fireman's Fund Insurance Company

Co-Counsel

Charles K. Brunn, Esquire
CBN: 28021
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Telephone: (209) 521-2133
Email: CBrunn@Brunn-Flynn.com.

# PROOF OF SERVICE

*Fireman's Fund Ins. Co. v. Gerling American Ins.*

United States District Court, Northern District of California

Case No.: C 07 06302 BZ

I am employed in the City and County of West Palm Beach, State of Florida. I am over the age of 18 and not a party to the within action; my business address is: Derrevere, Hawkes & Black, 470 Columbia Drive, Building "B", West Palm Beach, Florida 33409.

On January 16, 2008, I served the foregoing document(s) described as:

### APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

On the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in a sealed enveloped addressed as stated below:

## [X] BY REGULAR MAIL:

I caused such envelopes to be deposited in the United States Mail at West Palm Beach, Florida with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

*Counsel for Defendant*
Tino X. Do, Esquire
Barger & Wolen, LLP
650 California Street
9th Floor
San Francisco, CA 94108
415-434-2800

*Counsel for Defendant*
Andrew R. Spector, Esquire
Hyman Spector & Mars, LLP
Museum Tower, 27th Floor
Museum Tower, 27th Floor
Miami, Florida 33130
305-371-4244

*Co-Counsel for Plaintiff*
Charles K. Brunn, Esquire
Brunn & Flynn
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Telephone: (209) 521-2133

[X] FEDERAL - I declare that I am employed in the office of a member of the Florida Bar, admitted to practice in all Florida Courts and who makes this Pro Hac Vice Application, that our co-counsel and sponsor is a member of the bar of this California Court, and at their direction this service was made. Executed at West Palm Beach, Florida on **January 16, 2008**.

NAME: Deanna N. Menendez         Signature: *Deanna N. Menendez*