1  Jon D. Derrevere, Esquire (FBN: 330132)
   Derrevere, Hawkes & Black
2  470 Columbia Drive, Bldg B
   West Palm Beach, FL 33409
3  561-684-3222

4

5  Attorneys for Plaintiff
   FIREMAN'S FUND INSURANCE COMPANY,
   a foreign corporation a/s/o BASIC RESOURCES, INC.
6  and GEORGE REED, INC., a foreign corporation

7

8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
10

11 FIREMAN'S FUND INSURANCE           )  CASE NO.  C 07 06302 BZ
   COMPANY, a foreign corporation     )
12 a/s/o BASIC RESOURCES, INC.        )
   and GEORGE REED, INC., a foreign   )  **APPLICATION FOR ADMISSION**
13 corporation,                       )  **OF ATTORNEY**
                                      )  ***PRO HAC VICE***
14          Plaintiff,                )
                                      )
15    vs.                             )
                                      )
16 GERLING AMERICA INSURANCE          )
   COMPANY, a foreign corporation,    )
17                                    )
            Defendant.                )
18                                    )
                                      )
19 _____  )

20
       Pursuant to Civil L.R. 11-3, Jon D. Derrevere, Esquire, an active member in good standing
21
   with the Florida Bar (Florida Bar No.: 330132), hereby applies for admission to practice in the
22
   United States District Court for the Northern District of California on a *pro hac vice* basis
23
   representing FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC
24
   RESOURCES, INC. and GEORGE REED, INC., a foreign corporation in the above-entitled action.
25
26     In support of this application, I certify on oath that:
27
28

---
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; in particular, I am admitted to practice and am in good standing in all Florida State Courts, and in the United States District Court for the Middle and Southern District of Florida and am admitted to practice and am in good standing with the United States Court of Appeal, Eleventh Circuit.

2. I agree to abide by the Standards of Professional conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, telephone number, and email of that attorney is: Charles K. Brunn, Esquire, (CBN: 28021), 928 12th Street, Suite 200, P.O. Box 3366 (95353) Modesto, California 95354, Telephone: (209) 521-2133, CBrunn@Brunn-Flynn.com.

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| 1 | Dated: January 16, 2008 | RESPECTFULLY SUBMITTED |

DERREVERE, HAWKES & BLACK
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
561-684-3222; Fax: 561-640-3050
Email: jdd@derreverelaw.com

By: _____
JON D. DERREVERE
*Pro Hac Vice*
FBN: 330132
Fireman's Fund Insurance Company

Co-Counsel

Charles K. Brunn, Esquire
CBN: 28021
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Telephone: (209) 521-2133
Email: CBrunn@Brunn-Flynn.com.

## PROOF OF SERVICE

*Fireman's Fund Ins. Co. v. Gerling American Ins.*

United States District Court, Northern District of California

Case No.: C 07 06302 BZ

I am employed in the City and County of West Palm Beach, State of Florida. I am over the age of 18 and not a party to the within action; my business address is: Derrevere, Hawkes & Black, 470 Columbia Drive, Building "B", West Palm Beach, Florida 33409.

On January 16, 2008, I served the foregoing document(s) described as:

### APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

On the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in a sealed enveloped addressed as stated below:

### [X] BY REGULAR MAIL:

I caused such envelopes to be deposited in the United States Mail at West Palm Beach, Florida with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

*Counsel for Defendant*
Tino X. Do, Esquire
Barger & Wolen, LLP
650 California Street
9th Floor
San Francisco, CA 94108
415-434-2800

*Counsel for Defendant*
Andrew R. Spector, Esquire
Hyman Spector & Mars, LLP
Museum Tower, 27th Floor
Museum Tower, 27th Floor
Miami, Florida 33130
305-371-4244

*Co-Counsel for Plaintiff*
Charles K. Brunn, Esquire
Brunn & Flynn
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Telephone: (209) 521-2133

[X] **FEDERAL** - I declare that I am employed in the office of a member of the Florida Bar, admitted to practice in all Florida Courts and who makes this Pro Hac Vice Application, that our co-counsel and sponsor is a member of the bar of this California Court, and at their direction this service was made. Executed at West Palm Beach, Florida on **January 16, 2008**.

NAME: Deanna N. Menendez                 Signature: *Deanna N. Menendez*