1
2
3
4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

5  FIREMAN'S FUND INSURANCE
   COMPANY, a foreign corporation
6  a/s/o BASIC RESOURCES, INC.
   and GEORGE REED, INC., a foreign
7  corporation,

8          Plaintiff,

9          vs.

10 GERLING AMERICA INSURANCE
   COMPANY, a foreign corporation,

11         Defendant.

12
13

CASE NO. C 07 06302 BZ

*(Proposed)*
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

14     Jon D. Derrevere, an active member in good standing with the Florida Bar, whose business

15 address and telephone is: Derrevere, Hawkes & Black, 470 Columbia Drive, Bldg B, West Palm

16 Beach, Florida 33409, 561-684-3222, Email: jdd@derreverelaw.com, having applied in the above-

17 entitled action for admission to practice in the Northern District of California on a *pro hac vice*

18 basis, representing FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o

19 BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,

20

21     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

22 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

23 *vice*. Service of papers upon and communication with co-counsel designated in the application will

24 constitute notice to the party. All future filings in this action are subject to the requirements

25 contained in General Order No. 45, *Electronic Case Filing*.

26 Dated: 22 Jan 08

27

28                              United States Judge

                    Judge Bernard Zimmerman