UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,

Plaintiff,

vs.

GERLING AMERICA INSURANCE COMPANY, a foreign corporation,

Defendant.

CASE NO. C 07 06302 BZ

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Shirley Jean McEachern, an active member in good standing with the Florida Bar, whose business address and telephone is: Derrevere, Hawkes & Black, 470 Columbia Drive, Bldg B, West Palm Beach, Florida 33409, 561-684-3222, Email: shirleyjean33409@aol.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 22 Jan 08



United States Judge