1  Thomas R. Beer (148175), tbeer@barwol.com
   Tino X. Do (221346), tdo@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108-2713
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533

5

6  Attorneys for Defendant
   GERLING AMERICA INSURANCE COMPANY, a
7  foreign corporation

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 FIREMAN'S FUND INSURANCE          )  CASE NO.: C07-06302-CRB
   COMPANY, a foreign corporation a/s/o )
12 BASIC RESOURCES, INC. and GEORGE  )  **NOTICE OF SUBSTITUTION OF**
   REED, INC., a foreign corporation, )  **COUNSEL FOR DEFENDANT GERLING**
13                                    )  **AMERICA INSURANCE COMPANY**
                 Plaintiff,          )
14                                    )
          vs.                        )
15                                    )
   GERLING AMERICA INSURANCE         )
16 COMPANY, a foreign corporation,   )
                                     )
17               Defendant.          )
                                     )
18 _____ )

19

20      TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL

21 OF RECORD:

22      Please take notice that Defendant Gerling America Insurance Company substitutes its

23 counsel of record in this matter.

24                         Former Counsel

25      Hyman Spector & Mars, LLP, Museum Tower, 27th Floor, 150 West Flagler Street, Miami,

26 Florida 33130, Telephone: (305) 371-4244, including the following attorney associated with that

27 firm who has appeared in this action: Andrew R. Spector (Fla. Bar No. 634093).

28

j:\office2\29218\011\08pleadings\substitution of counsel.doc

<u>New Counsel</u>

Defendant Gerling America Insurance Company's new counsel in this matter, on whom all notices and papers should be served, is the firm of:  Barger & Wolen LLP, 650 California Street, 9th Floor, San Francisco, California 94108, Telephone:  (415) 434-2800, Facsimile (415):  434-2533, including the following individual attorneys associated with that firm:  Thomas R. Beer (CA Bar No. 148175); Tino X. Do (CA Bar No. 221346).

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated:  January 24, 2008          HYMAN SPECTOR & MARS, LLP


By:___/s/ Andrew R. Spector_____
        Andrew R. Spector (Fla. Bar No. 634093)


Dated:  January 24, 2008          BARGER & WOLEN LLP


By:___/s/ Tino X. Do_____
        Tino X. Do (CA Bar No. 221346)


Dated:  January 24, 2008          GERLING AMERICA INSURANCE COMPANY


By:___/s/ Amy Parker_____
        Amy Parker

**IT IS SO ORDERED:**

Dated:_____


_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-