1  Thomas R. Beer (148175), tbeer@barwol.com
   Tino X. Do (221346), tdo@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California  94108-2713
   Telephone:  (415) 434-2800
4  Facsimile:  (415) 434-2533

5

6  Attorneys for Defendant
   GERLING AMERICA INSURANCE COMPANY, a
7  foreign corporation

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | FIREMAN'S FUND INSURANCE          ) CASE NO.: C07-06302-CRB
   | COMPANY, a foreign corporation a/s/o )
12 | BASIC RESOURCES, INC. and GEORGE  ) **NOTICE OF SUBSTITUTION OF**
   | REED, INC., a foreign corporation, ) **COUNSEL FOR DEFENDANT GERLING**
13 |                                    ) **AMERICA INSURANCE COMPANY**
   |              Plaintiff,            )
14 |                                    )
   |      vs.                           )
15 |                                    )
   | GERLING AMERICA INSURANCE          )
16 | COMPANY, a foreign corporation,    )
   |                                    )
17 |              Defendant.            )
   | _____ )
18

19

20      TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL

21 OF RECORD:

22      Please take notice that Defendant Gerling America Insurance Company substitutes its

23 counsel of record in this matter.

24                              Former Counsel

25      Hyman Spector & Mars, LLP, Museum Tower, 27th Floor, 150 West Flagler Street, Miami,

26 Florida 33130, Telephone:  (305) 371-4244, including the following attorney associated with that

27 firm who has appeared in this action:  Andrew R. Spector (Fla. Bar No. 634093).

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

j:\office2\29218\011\08pleadings\substitution of counsel.doc

New Counsel

Defendant Gerling America Insurance Company's new counsel in this matter, on whom all notices and papers should be served, is the firm of: Barger & Wolen LLP, 650 California Street, 9th Floor, San Francisco, California 94108, Telephone: (415) 434-2800, Facsimile (415): 434-2533, including the following individual attorneys associated with that firm: Thomas R. Beer (CA Bar No. 148175); Tino X. Do (CA Bar No. 221346).

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: January 24, 2008        HYMAN SPECTOR & MARS, LLP


By:   /s/ Andrew R. Spector
       Andrew R. Spector (Fla. Bar No. 634093)


Dated: January 24, 2008        BARGER & WOLEN LLP


By:   /s/ Tino X. Do
       Tino X. Do (CA Bar No. 221346)


Dated: January 24, 2008        GERLING AMERICA INSURANCE COMPANY


By:   /s/ Amy Parker
       Amy Parker

**IT IS SO ORDERED:**

Dated: january 24, 2008

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

-2-