Jon D. Derrevere, Esquire (FBN: 330132)
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
561-684-3222

Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation a/s/o BASIC RESOURCES, INC.
and GEORGE REED, INC., a foreign corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GERLING AMERICA INSURANCE COMPANY, a foreign corporation, <br><br> Defendant. | CASE NO. C 07 06302 CRB <br><br> **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO CIVIL L.R. 3-16** |

COMES NOW, Plaintiff, FIREMAN'S FUND INSURANCE COMPANY ("FFIC") a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., and by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, and most specifically, Civil L.R. 3-16, of the United States District Court for California, Northern Division and files/serves this Certificate and so certifies:

1. Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associates of persons, firms, partnerships, corporations (including parent corporations) or

other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Jon Derrevere, Esquire
FBN: 330132
Derrevere, Hawkes & Black
470 Columbia Drive, Building "B"
West Palm Beach, Fl 33409

*Pro Hac Vice*

Shirley Jean McEachern, Esquire
FBN: 321044
Derrevere, Hawkes & Black
470 Columbia Drive, Building "B"
West Palm Beach, Fl 33409

*Pro Hac Vice*

TINO X. DO
CBN:
Barger & Wolen, LLP
650 California Street
9th Floor
San Francisco, CA 94108

*Defense Counsel*

CHARLES K. BRUNN
CBN: 28021
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354

*Plaintiff Co-Counsel*

Plaintiff, FIREMAN'S FUND INSURANCE COMPANY ("FFIC")
c/o Patricia M. Rank, Claims Specialist
The American Insurance Company
144 Village Landing, # 366
Fairport, New York 14450

BASIC RESOURCES, INC.
FFIC Insured and road-paving contractor who originally suffered the damages which give rise to this coverage dispute
928 12th Street, Ste 700
Modesto, California 95354

GEORGE REED, INC.
FFIC Insured, who originally suffered the damages which give rise to this coverage dispute. GEORGE REED is a holding company who owns BASIC RESOURCES.
140 Empire Ave.
Modesto, CA 95352

Defendant, GERLING AMERICA INSURANCE COMPANY ("GERLING")
Commercial general liability carrier for GENCOR INDUSTRIES, INC.
c/o TINO X. DO
Barger & Wolen, LLP
650 California Street, 9th Floor
San Francisco, CA 94108

Defendant/Appellant in Underlying Action, GENCOR INDUSTRIES, INC., ("GENCOR")
For property and business-related damages.
5201 N. ORANGE BLOSSOM TRAIL
ORLANDO FL 32810

Underlying Action:

<u>Fireman's Fund Insurance Company a/s/o Basic Resources, Inc. and George Reed, Inc. v. Gencor Industries, Inc.</u>, which preceded in the Ninth Judicial Circuit in and for Orange County, Florida, under Case No.: 04-CA-007746, before the Honorable Judge Renee Roche. Resulted in: Final Judgment for FFIC; Final Judgment Awarding Attorney's Fees & Costs to FFIC

Appeal of Underlying Action:

<u>Gencor Industries, Inc. v. Fireman's Fund Insurance Company a/s/o Basic Resources, Inc. and George Reed, Inc.</u>, pending before the Fifth District Court of Appeal, State of Florida, under Case No.: 5D07-2157

Cross –Appeal of Underlying Action: of calculation of award of pre-judgment interest only, same as preceding Appeal

DATED: __29th__ DAY OF __January__ 2008.

By: _Shirley Jean M'Cheuen for_  
    _FBN 321044_
JON D. DERREVERE
Fla. Bar No.: 330132
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
jdd@derreverelaw.com

*Admitted Pro Hac Vice*
Counsel for Plaintiff


CHARLES K. BRUNN
CBN: 28021
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Email: CBrunn@Brunn-Flynn.com

Co-counsel for Plaintiff

## PROOF OF SERVICE

*Fireman's Fund Ins. Co. v. Gerling American Ins.*

United States District Court, Northern District of California

Case No.: C 07 06302 CRB

I am employed in the City and County of West Palm Beach, State of Florida. I am over the age of 18 and not a party to the within action; my business address is: Derrevere, Hawkes & Black, 470 Columbia Drive, Building "B", West Palm Beach, Florida 33409.

On January 29, 2008, I served the foregoing document(s) described as:

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO CIVIL L.R. 3-16**

On the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in a sealed enveloped addressed as stated below:

**[X] BY REGULAR MAIL:**

I caused such envelopes to be deposited in the United States Mail at West Palm Beach, Florida with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

| | |
|---|---|
| Counsel for Defendant<br>Tino X. Do, Esquire<br>Barger & Wolen, LLP<br>650 California Street<br>9th Floor<br>San Francisco, CA 94108 | Co-Counsel for Plaintiff<br>Charles K. Brunn, Esquire<br>Brunn & Flynn<br>928 12th Street, Suite 200<br>P.O. Box 3366 (95353)<br>Modesto, California 95354 |

**[X] BY ECF:**

I HEREBY CERTIFY that on this 29 day of January, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on: TINO X. DO, Barger & Wolen, LLP, 650 California Street, 9th Floor, San Francisco, CA 94108, tdo@barwol.com via transmission of Notices of Electronic Filing generated by CM/ECF.

**[X] FEDERAL** - I declare that I am employed in the office of a member of the Florida Bar, admitted to practice in all Florida Courts and who makes this Pro Hac Vice Application, that our co-counsel and sponsor is a member of the bar of this California Court, and at their direction this service was made. Executed at West Palm Beach, Florida on January 29, 2008.

NAME: Deanna N. Menendez        Signature: Deanna Menendez