Jon D. Derrevere, Esquire (FBN: 330132)
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
561-684-3222

Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation a/s/o BASIC RESOURCES, INC.
and GEORGE REED, INC., a foreign corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO. C 07 06302 CRB<br><br>**PLAINTIFF'S NOTICE OF FILING OF PARTIES' LATEST RESPECTIVE PLEADINGS IN CASE REMOVED** |

Plaintiff, FIREMAN'S FUND INSURANCE COMPANY ("FFIC") a/s/o BASIC RESOURCES, INC. ("BASIC RESOURCES") and GEORGE REED, INC. ("GEORGE REED") hereby files/serves this Notice of Filing of true copies of the parties' latest respective pleadings attached as Exhibit A and B respectively: (1) Plaintiff's Second Amended Complaint with Exhibits attached; (2) Defendant's Answer and Affirmative Defenses to Second Amended Complaint. The parties originally filed these pleadings in the original venue in Case entitled: FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC., and GEORGE

REED, INC., a foreign corporation v. GERLING AMERICA INSURANCE COMPANY, a foreign corporation, Case No.: 07-21162-CIV, which Case was removed to this venue in December 2007.

DATED: 29th DAY OF January 2008.

By: /s/
JON D. DERREVERE
Fla. Bar No. 330132
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
jdd@derreverelaw.com

*Admitted Pro Hac Vice*
Counsel for Plaintiff


CHARLES K. BRUNN
CBN: 28021
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Email: CBrunn@Brunn-Flynn.com

Co-counsel for Plaintiff

## PROOF OF SERVICE

*Fireman's Fund Ins. Co. v. Gerling American Ins.*

United States District Court, Northern District of California

Case No.: C 07 06302 CRB

I am employed in the City and County of West Palm Beach, State of Florida. I am over the age of 18 and not a party to the within action; my business address is: Derrevere, Hawkes & Black, 470 Columbia Drive, Building "B", West Palm Beach, Florida 33409.

On ___January 29th___, 2008, I served the foregoing document(s) described as:

**PLAINTIFF'S NOTICE OF FILING OF PARTIES' LATEST RESPECTIVE PLEADINGS IN CASE REMOVED**

On the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in a sealed enveloped addressed as stated below:

## [X] BY REGULAR MAIL:

I caused such envelopes to be deposited in the United States Mail at West Palm Beach, Florida with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

Co-Counsel for Plaintiff
Charles K. Brunn, Esquire
Brunn & Flynn
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354

## [X] BY ECF:

I HEREBY CERTIFY that on this 29th day of January, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on: TINO X. DO, Barger & Wolen, LLP, 650 California Street, 9th Floor, San Francisco, CA 94108, tdo@barwol.com via transmission of Notices of Electronic Filing generated by CM/ECF.

**[X] FEDERAL** - I declare that I am employed in the office of a member of the Florida Bar, admitted to practice in all Florida Courts and who makes this Pro Hac Vice Application, that our co-counsel and sponsor is a member of the bar of this California Court, and at their direction this service was made. Executed at West Palm Beach, Florida on ___January 29___, 2008.

NAME: Deanna N. Menendez            Signature: /s/ Deanna N. Menendez

-3-
PLAINTIFF'S NOTICE OF FILING OF PARTIES' LATEST RESPECTIVE PLEADINGS IN CASE REMOVED