Thomas R. Beer (148175), tbeer@barwol.com
Tino X. Do (221346), tdo@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108-2713
Telephone:  (415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Defendant
HDI-GERLING AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC., and GEORGE REED, INC., a foreign corporation.<br><br>Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY, a foreign corporation<br><br>Defendant. | CASE NO.: 3:07-cv-06302-CRB<br><br>**DEFENDANT HDI-GERLING AMERICA INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]** |

Pursuant to Civil L.R. 3-16, HDI-Gerling America Insurance Company, by and through its counsel of record, certifies that as of this date, other than the named parties, there are no other persons, partnerships, corporations, (including parent corporations) or other entities known by the party to have either (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of this proceeding.

Dated:  January 29, 2008            BARGER & WOLEN LLP


                                    By:___/s/ Tino X. Do_____
                                        THOMAS R. BEER
                                        TINO X. DO
                                        Attorneys for Defendant
                                        HDI-GERLING AMERICA INSURANCE COMPANY

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

j:\office2\29218\011\08pleadings\lr 3-16 filing.doc