BASIC-01215

Charles K. Brunn, #28021
Mahanvir S. Sahota, #245501
LAW OFFICES OF BRUNN & FLYNN
928 - 12th Street, Suite 200
Modesto, CA 95354
Telephone: (209) 521-2133
Facsimile: (209) 521-7584

Attorneys for Plaintiffs,
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation a/s/o BASIC RESOURCES, INC.
and GEORGE REED, INC., a foreign corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GERLING AMERICAN INSURANCE COMPANY, a foreign corporation,<br><br>    Defendant. | Case No.: C 07-06302 CRB<br><br>**NOTICE OF APPEARANCE** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that I, Charles K. Brunn, Esquire, hereby appear as co-counsel with Jon D. Derrevere, Esquire and Shirley Jean McEachern, Esquire, in reference to the above-entitled matter. On January 23, 2008, an Order Granting Application for Admission of Attorney Pro Hac Vice was filed, admitting Jon D. Derrevere, Esquire and Shirley Jean McEachern, Esquire as attorneys of record.

///

///

Pursuant to Civil LR 11-3, I declare as follows:

(1) That I am an active member in good standing of the bar of a United States Court;

(2) That I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court; and

(3) That I am a member of the bar of this Court in good standing and I maintain an office within the State of California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2008

LAW OFFICES OF BRUNN & FLYNN
A Professional Corporation

By: _____
CHARLES K. BRUNN
Attorneys for Plaintiffs,
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation a/s/o BASIC RESOURCES, INC.
and GEORGE REED, INC., a foreign corporation

K:\DOCS\CINDY\BASIC012.15\01215\PLEADINGS\Ntc of Appear.doc

# PROOF OF SERVICE
(1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA, COUNTY OF STANISLAUS

I, SARAH CAYLAO, declare that:

I am employed in the County of Stanislaus, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 928 12th Street, Suite 200, Modesto, California, 95354.

On **February 5, 2008**, I served the within:

## NOTICE OF APPEARANCE

on the interested parties as follows:

| | |
|---|---|
| Thomas R. Beer, Esq. | Jon D. Derrevere |
| Tino X. Do, Esq. | Derrevere & Hawkes |
| Barger & Wolen, LLP | 470 Columbia Drive, Building "B" |
| 650 California Street, 9th Floor | West Palm Beach, FL 33409-1949 |
| San Francisco, Ca 94108-2713 | |

The following is the procedure in which service of this document was effected:

__XXX__   U.S. Postal Service by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. Mailbox in the City of Modesto, California after the close of the day's business.

_____   FAX

_____   Certified Mail - Return Receipt Requested

_____   Hand Delivered

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **February 5, 2008**, at Modesto, California.

_____
SARAH CAYLAO

PROOF OF SERVICE                                                             1