1  Jon D. Derrevere, Esquire (FBN: 330132)
   Derrevere, Hawkes & Black
2  470 Columbia Drive, Bldg B
   West Palm Beach, FL 33409
3  561-684-3222

4

   Attorneys for Plaintiff
5  FIREMAN'S FUND INSURANCE COMPANY,
   a foreign corporation a/s/o BASIC RESOURCES, INC.
6  and GEORGE REED, INC., a foreign corporation

7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 FIREMAN'S FUND INSURANCE           )  CASE NO. C 07 06302 CRB
12 COMPANY, a foreign corporation     )
   a/s/o BASIC RESOURCES, INC.        )  FFIC'S COMPENDIUM OF FLORIDA AND
13 and GEORGE REED, INC., a foreign   )  CALIFORNIA CASES AND STATUTES
   corporation,                       )  CITED IN PLAINTIFF'S REPLY
14                                    )  MEMORANDUM OF LAW TO
        Plaintiff,                    )  DEFENDANT'S OPPOSITION
15                                    )  MEMORANDUM TO PLAINTIFF'S
        vs.                           )  RENEWED MOTION FOR LEAVE TO
16                                    )  FILE THIRD AMENDED COMPLAINT
   GERLING AMERICA INSURANCE          )
17 COMPANY, a foreign corporation,    )
                                      )  Date:       April 11, 2008
18      Defendant.                    )  Time:       10:00 a.m.
                                      )  Courtroom:  8
19                                    )

20

21

22

23

24

25

26

27

28

## FLORIDA & CALIFORNIA CASES

| Case | Exhibit |
|---|---|
| San Diego Housing Commission v. Industrial Indemnity Co.<br>95 Cal.App. 4th 669; 116 Cal.Rptr. 2d 103; 2002 Cal.App. LEXIS 722 (2002 | A |
| Pritchard v. Liberty Mutual Ins. Co.<br>84 Cal.App. 4th 890; 101 Ca. Rptr. 2d 298; 2000 Cal.App. LEXIS 858 (2000) | B |
| Ins. Co. of North America v. National American Ins. Co. of Calif.<br>37 Cal.App. 4th 195; 43 Ca. Rptr. 2nd 518; 1995 Cal.App. LEXIS 751 (1995) | C |
| Employers Ins. Co. v. Hofrichter, P.A.<br>670 So.2d 1023 (Fla. 3rd DCA 1996) | D |
| Montura Trading Post v. Century Sur. Co.<br>2006 U.S. Dist. Lexis 45968 (MD. Fla. 2006) | E |
| Union Am. Ins. Co. v. Maynard<br>752 So.2d 1266 (Fla. 4th DCA 2000) | F |
| Florida Insurance Guaranty Ass'n v. Johnson<br>654 So.2d 239 (Fla. 4th DCA 1995) | G |
| Steele v. Kinsey<br>801 So.2d 297 (Fla. 2nd DCA 2001) | H |
| Jones v. FLGA, Inc.<br>908 So.2d 435 (Fla. 2005) | I |
| Butler v. Crosby<br>2006 U.S. Dist. Lexis 26029, 19 FLWD 466 (M.D. Fla. 2006) | J |
| Cousins Rest. Assoc. v. TGI Friday's, Inc.<br>843 So.2d 980 (Fla. 4th DCA 2003) | K |
| State Farm Fire & Cas. Co. v. Fleet Fin. Corp.<br>724 So.2d 1218 (Fla. 5th DCA 1998) | L |

## FLORIDA & CALIFORNIA STATUTES

| | |
|---|---|
| § 627.428, Fla.Stats. | M |
| Cal Ins Code § 11580 | N |

## PENDING MOTION

| | |
|---|---|
| Renewed Motion for Leave to File third Amended Complaint With Exhibits | O |

By: /s/ Jon D. Derrevere
JON D. DERREVERE
Fla. Bar No.: 330132
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
jdd@derreverelaw.com

*Admitted Pro Hac Vice*
Counsel for Plaintiff

By: [signature]
CHARLES K. BRUNN
CBN: 28021
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Email: CBrunn@Brunn-Flynn.com

Co-counsel for Plaintiff

## PROOF OF SERVICE

*Fireman's Fund Ins. Co. v. Gerling American Ins.*

United States District Court, Northern District of California

Case No.: C 07 06302 CRB

I am employed in the City and County of West Palm Beach, State of Florida. I am over the age of 18 and not a party to the within action; my business address is: Derrevere, Hawkes & Black, 470 Columbia Drive, Building "B", West Palm Beach, Florida 33409.

On March 25, 2008, I served the foregoing document(s) described as:

**FFIC'S COMPENDIUM OF FLORIDA AND CALIFORNIA CASES AND STATUTES CITED IN PLAINTIFF'S REPLY MEMORANDUM OF LAW TO DEFENDANT'S OPPOSITION MEMORANDUM TO PLAINTIFF'S RENEWED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

On the interested parties in this action by placing [ ] the original [ ] a true copy thereof enclosed in a sealed enveloped addressed as stated below:

**[ ] BY REGULAR MAIL:**

I caused such envelopes to be deposited in the United States Mail at West Palm Beach, Florida with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

**[X] BY ECF:**

I HEREBY CERTIFY that on this 25th day of March, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on: TINO X. DO, Barger & Wolen, LLP, 650 California Street, 9th Floor, San Francisco, CA 94108, tdo@barwol.com and CHARLES K. BRUNN, Brunn & Flynn, 928 12th Street, Suite 200, P.O. Box 3366, Modesto, CA 95354, CBrunn@Brunn-Flynn.com via transmission of Notices of Electronic Filing generated by CM/ECF.

**[X] FEDERAL** - I declare that I am employed in the office of a member of the Florida Bar, admitted to practice in all Florida Courts and who makes this Pro Hac Vice Application, that our co-counsel and sponsor is a member of the bar of this California Court, and at their direction this service was made. Executed at West Palm Beach, Florida on March 25, 2008.

NAME: Deanna N. Menendez          Signature: *Deanna N. Menendez*