IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INS., <br>     Plaintiff, <br>   v. <br> GERLING AMERICAN INS., <br>     Defendant. | No. C 07-06302 CRB <br><br> **BRIEFING ORDER** |

By Tuesday, April 1, 2008, the parties shall submit simultaneous briefs not to exceed five pages addressing the following issue: Whether the terms of Gerling's Commercial Lines Policy No. 4003527GLP – including the terms set forth in the "Supplemental Payments" section – are to be interpreted under the law of the State of Florida, the State of California, or some other jurisdiction.

**IT IS SO ORDERED.**

Dated: March 28, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\6302\Briefing Order.wpd