1  Jon D. Derrevere, Esquire (FBN: 330132)
   Derrevere, Hawkes & Black
2  470 Columbia Drive, Bldg B
   West Palm Beach, FL 33409
3  561-684-3222

4

   Attorneys for Plaintiff
5  FIREMAN'S FUND INSURANCE COMPANY,
   a foreign corporation a/s/o BASIC RESOURCES, INC.
6  and GEORGE REED, INC., a foreign corporation

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   FIREMAN'S FUND INSURANCE           )   CASE NO.  C 07 06302 CRB
12 COMPANY, a foreign corporation     )
   a/s/o BASIC RESOURCES, INC.        )
13 and GEORGE REED, INC., a foreign   )   FFIC'S COMPENDIUM OF UNITED
   corporation,                       )   STATES SUPREME COURT AND
14                                    )   FLORIDA FEDERAL AND STATE CASES
                  Plaintiff,          )   CITED IN PLAINTIFF'S BRIEF,
15                                    )   PURSUANT TO ORDER DATED MARCH
         vs.                          )   28, 2008, WHICH ADDRESSES
16                                    )   APPLICABLE LAW IN THIS DIVERSITY
   GERLING AMERICA INSURANCE          )   JURISDICTION MATTER
17 COMPANY, a foreign corporation,    )   TRANSFERRED PURSUANT TO 28
                                      )   U.S.C.S. § 1404 (a)
18                Defendant.          )
                                      )
19                                    )   Date:      April 11, 2008
                                      )   Time:      10:00 a.m.
20                                        Courtroom: 8

21
22
23
24
25
26
27
28

## UNITED STATES SUPREME COURT AND FLORIDA FEDERAL AND STATE CASES

|  | Exhibit |
|---|---|
| Van Dusen v. Barrack<br>376 U.S. 612, 84 S.Ct. 805, 116 Ed.2d 945, (1964) | A |
| Ferens v. John Deere Co.<br>494 U.S. 516, 110 S.Ct. 1274; 108 L.Ed 2d 443 (1990) | B |
| Sturiano v. Brooks<br>523 So.2d 1126 (Fla. 1988) | C |
| Goodman v. Olsen<br>305 So.2d 753 (Fla. 1974) | D |
| Pastor v. The Union Central Life Ins. Co.<br>184 F.Supp. 2d 1301 (M.D. Fla. 2002) | E |
| Bloch v. Berkshire Ins. Co.<br>585 So.2d 1137 (Fla. 3d DCA 1991) | F |
| La Torre v. Conn. Mut. Life Ins. Co.<br>38 F.3d 538 (11th Cir. 1994) | G |

## UNITED STATES AND FLORIDA STATUTES

|  | Exhibit |
|---|---|
| Fla.R.Civ.P. 1.442 | H |
| § 768.79, Fla.Stats. | I |
| 28 U.S.C.S. § 1404(a) | J |

By: /s/ Jon D. Derrevere
JON D. DERREVERE
Fla. Bar No.: 330132
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
jdd@derreverelaw.com

*Admitted Pro Hac Vice*
Counsel for Plaintiff

By:

CHARLES K. BRUNN
CBN: 28021
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Email: CBrunn@Brunn-Flynn.com

Co-counsel for Plaintiff

## PROOF OF SERVICE

*Fireman's Fund Ins. Co. v. Gerling American Ins.*

United States District Court, Northern District of California

Case No.: C 07 06302 CRB

I am employed in the City and County of West Palm Beach, State of Florida. I am over the age of 18 and not a party to the within action; my business address is: Derrevere, Hawkes & Black, 470 Columbia Drive, Building "B", West Palm Beach, Florida 33409.

On April 1st, 2008, I served the foregoing document(s) described as:

**FFIC'S COMPENDIUM OF UNITED STATES SUPREME COURT AND FLORIDA FEDERAL AND STATE CASES CITED IN PLAINTIFF'S BRIEF, PURSUANT TO ORDER DATED MARCH 28, 2008, WHICH ADDRESSES APPLICABLE LAW IN THIS DIVERSITY JURISDICTION MATTER TRANSFERRED PURSUANT TO 28 U.S.C.S. § 1404 (a)**

On the interested parties in this action by placing [ ] the original [ ] a true copy thereof enclosed in a sealed enveloped addressed as stated below:

**[ ] BY REGULAR MAIL:**

I caused such envelopes to be deposited in the United States Mail at West Palm Beach, Florida with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

**[X] BY ECF:**

I HEREBY CERTIFY that on this 1st day of April, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on: TINO X. DO, Barger & Wolen, LLP, 650 California Street, 9th Floor, San Francisco, CA 94108, tdo@barwol.com and CHARLES K. BRUNN, Brunn & Flynn, 928 12th Street, Suite 200, P.O. Box 3366, Modesto, CA 95354, CBrunn@Brunn-Flynn.com via transmission of Notices of Electronic Filing generated by CM/ECF.

**[X] FEDERAL** - I declare that I am employed in the office of a member of the Florida Bar, admitted to practice in all Florida Courts and who makes this Pro Hac Vice Application, that our co-counsel and sponsor is a member of the bar of this California Court, and at their direction this service was made. Executed at West Palm Beach, Florida on April 1st, 2008.

NAME: Deanna N. Menendez          Signature: *Deanna N. Menendez*