**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INS., | No. C 07-06302 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| GERLING AMERICAN INS., | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has re scheduled the initial case management conference for Friday, June 13, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement shall be file on or before June 6, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   April 09, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Barbara Espinoza
Courtroom Deputy