# EXHIBIT 2 TO PLAINTIFF'S FOURTH AMENDED COMPLAINT – AMENDED FINAL JUDGMENT

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 04-CA-007746
DIVISION: 32
COMPLEX BUSINESS
LITIGATION COURT

FIREMAN'S FUND INSURANCE COMPANY, a Foreign corporation a/s/o BASIC RESOURCES, INC., and GEORGE REED, INC., a foreign corporation,

Plaintiff,

vs.

GENCOR INDUSTRIES, INC., a foreign corporation,

Defendant.
_____/

## AMENDED FINAL JUDGMENT

This cause having come before the Court for Jury Trial, with a true and correct Verdict having been rendered herein on January 26, 2007, and having come before the Court on May 29, 2007 on Defendant's Motion for Re-Hearing, which was granted in part, Amended Final Judgment is entered in favor of Plaintiff, FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation as subrogee of (a/s/o) BASIC RERSOURCES, INC. and GEORGE REED, INC., a foreign corporation Plaintiff ("FFIC") and against Defendant, GENCOR INDUSTRIES, INC., a foreign corporation ("GENCOR") solely on the Breach of Contract Count in the total sum of $1,751,913.10, which is inclusive of pre-judgment interest in the sum of $558,088.15 but is exclusive of costs and any attorney's fees that may be awarded hereafter as follows:

1. On FFIC's Breach of Contract Count, Plaintiff shall recover the total sum of $1,193,825.00, comprising $959,787.00 for physical damage to property, $64,322.00 for lost profits, and $169,716.00 for additional expense. FFIC shall also recover pre-judgment interest on the foregoing, in accordance with *Burns International Security Services, Inc. of Florida v. Philadelphia Indemnity Insurance Company*, 899 So. 2d 361 (Fla. 4th DCA 2005) based upon the dates of payment by FFIC to its insured and the interest rates then applicable in the sum of $558,088.15. Post Judgment interest shall accrue at the rate of 11 percent per annum in accordance with Florida Statute § 55.05.

2. On FFIC's Negligence Count, Plaintiff shall recover the total sum of $716,194.00 comprising $575,872.00 for physical damage to property, $38,593.00 for lost profits, and $101,829.00 for additional expense. Plaintiff shall also recover pre-judgment interest on the foregoing in accordance with *Burns International Security Services, Inc. of Florida v. Philadelphia Indemnity Insurance Company*, 899 So. 2d 361 (Fla. 4th DCA 2005) based upon the dates of payment by FFIC to its insured and the interest rates then applicable in the sum of $415,517.80. Post Judgment interest shall accrue at the legal rate of 11 percent per annum in accordance with Florida Statute § 55.05.

In accordance with the Stipulation of record executed by and between the parties and GENCOR's insurer, Gerling America Insurance Company ("GERLING"), and pursuant to the terms and requirements of the GENCOR bankruptcy proceeding in United States Bankruptcy Court for the Middle District of Florida, Orlando Division, Case No.: 00-3597-6J1, this is not an in personam Judgment against GENCOR and shall not be subject to execution against GENCOR.

This Court reserves jurisdiction to award FFIC's taxable costs and to consider any claim for an award of attorney's fees and additional costs pursuant to Florida Statute § 768.79 upon appropriate motion and notice to all affected parties.

**DONE AND ORDERED** in Orange County, Florida, on this 11 day of June, 2007.

*Renee H. Roche*
**Honorable Renee Roche**
Circuit Court Judge

Copies Furnished to:

**Jon D. Derrevere, Esquire**
Derrevere, Hawkes, Black
470 Columbia Drive, Bldg B
West Palm Beach, Florida 33409

**Patrick J. Murphy, Esquire**
Murphy & Neale, P.A.
550 Fairway Drive, Suite 203
Deerfield Beach, Florida 33441

**Andy Spector, Esquire**
Hyman Spector & Mars, LLP
Museum Tower, 27th Floor
150 W. Flagler Street, Suite 2701
Miami, Florida 33130