# EXHIBIT 3 TO PLAINTIFF'S FOURTH AMENDED COMPLAINT – FINAL JUDGMENT AWARDING COSTS

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 04-CA-007746
DIVISION: 32
COMPLEX BUSINESS LITIGATION COURT

FIREMAN'S FUND INSURANCE COMPANY, a
Foreign corporation a/s/o BASIC RESOURCES, INC.,
and GEORGE REED, INC., a foreign corporation,

    Plaintiff,

vs.

GENCOR INDUSTRIES, INC., a foreign corporation,

    Defendant.
_____/

## FINAL JUDGMENT AWARDING ATTORNEY FEES AND COSTS

This cause having come before the Court on the Motion to Award Attorney Fees and Costs by FIREMAN'S FUND INSURANCE COMPANY, a/s/o BASIC RERSOURCES, INC. and GEORGE REED, INC. ("FFIC") and the Court being duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of FFIC in the sum of $42,000.00 for attorney fees and $42,000.00 for costs. This is not an *in personam* judgment against Gencor Industries, Inc. and this Judgment is not subject to execution against Gencor Industries, Inc. Interest shall run on this judgment at the sum of eleven percent per annum until satisfied.

DONE AND ORDERED in Orange County, Florida, on this __7__ day of September 2007.

_Renee A. Roche_
**Honorable Renee Roche**
Circuit Court Judge

Copies Furnished to:

**Jon D. Derrevere, Esquire**
Derrevere, Hawkes, Black
470 Columbia Drive, Bldg B
West Palm Beach, Florida 33409

**Patrick J. Murphy, Esquire**
Murphy & Neale, P.A.
550 Fairway Drive, Suite 203
Deerfield Beach, Florida 33441

**Andy Spector, Esquire**
Hyman Spector & Mars, LLP
Museum Tower, 27th Floor
150 W. Flagler Street, Suite 2701
Miami, Florida 33130