**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 11, 2008**

**C-07-06302 CRB**

### FIREMAN'S FUND INS.  v.  GERLING AMERICAN INS.

Attorneys:     __Jon Derrevere__              __Tino Juan Do__

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  **Not Reported**

**PROCEEDINGS:**                                               **RULING:**

1. _Initial Case Management Conference   -   Held_                         _____

2. _____          _____

3. _____          _____

**ORDERED AFTER HEARING:**

_Motion for summary judgment filed no later than 7/03/2008.  Defendant to respond to the 4th Amended_

_Complaint_
(  ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO _August 8, 2008 @ 10:00 a.m._ for _Motion for Summary Judgment_

Discovery Cut-Off _____          Expert Discovery Cut-Off _____

Plntf to Name Experts by _____          Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                                   Type of Trial:  (  )Jury    (  )Court

Notes: _____