1  Jon D. Derrevere, Esquire (FBN: 330132)
   Derrevere, Hawkes & Black
2  470 Columbia Drive, Bldg B
   West Palm Beach, FL 33409
3  561-684-3222

4

   Attorneys for Plaintiff
5  FIREMAN'S FUND INSURANCE COMPANY,
   a foreign corporation a/s/o BASIC RESOURCES, INC.
6  and GEORGE REED, INC., a foreign corporation

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11                                              )
    FIREMAN'S FUND INSURANCE                    )   CASE NO. C 07 06302 CRB
12  COMPANY, a foreign corporation              )
    a/s/o BASIC RESOURCES, INC.                 )   **PLAINTIFF'S REPLY TO AFFIRMATIVE**
13  and GEORGE REED, INC., a foreign            )   **DEFENSES RAISED BY DEFENDANT,**
    corporation,                                )   **GERLING AMERICA INSURANCE**
14                                              )   **COMPANY**
              Plaintiff,                        )
15                                              )
         vs.                                    )
16                                              )
    GERLING AMERICA INSURANCE                   )
17  COMPANY, a foreign corporation,             )
                                                )
18            Defendant.                        )
                                                )
19  _____)

20
         **COMES NOW**, Plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o BASIC
21
    RESOURCES, INC. and GEORGE REED, INC., ("FFIC") by and through undersigned counsel and
22
    pursuant to the Federal Rules of Civil Procedure, hereby respectfully files its Reply to the
23
    Affirmative Defenses raised by Defendant, GERLING AMERICA INSURANCE COMPANY and
24
    state as follows:
25

26

27

28

1. Plaintiff denies each and every Affirmative Defense (1-16) raised by Defendant in its Answer to Plaintiff's Fourth Amended Complaint, filed April 10, 2008 and demands strict proof thereof.

**DATED** this 24th day of April 2008.

By: /s/ Jon D. Derrevere
JON D. DERREVERE
Fla. Bar No.: 330132
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
jdd@derreverelaw.com

*Admitted Pro Hac Vice*
Counsel for Plaintiff

By:

CHARLES K. BRUNN
CBN: 28021
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Email: CBrunn@Brunn-Flynn.com

Co-counsel for Plaintiff

## PROOF OF SERVICE

*Fireman's Fund Ins. Co. v. Gerling American Ins.*

United States District Court, Northern District of California

Case No.: C 07 06302 CRB

I am employed in the City and County of West Palm Beach, State of Florida. I am over the age of 18 and not a party to the within action; my business address is: Derrevere, Hawkes & Black, 470 Columbia Drive, Building "B", West Palm Beach, Florida 33409.

On _April 24th_, 2008, I served the foregoing document(s) described as:

**PLAINTIFF'S REPLY TO AFFIRMATIVE DEFENSES RAISED BY DEFENDANT, GERLING AMERICA INSURANCE COMPANY**

On the interested parties in this action by placing [ ] the original [ ] a true copy thereof enclosed in a sealed enveloped addressed as stated below:

**[ ] BY REGULAR MAIL:**

I caused such envelopes to be deposited in the United States Mail at West Palm Beach, Florida with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

**[X] BY ECF:**

I HEREBY CERTIFY that on this _24th_ day of _April_, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on: TINO X. DO, Barger & Wolen, LLP, 650 California Street, 9th Floor, San Francisco, CA 94108, tdo@barwol.com and CHARLES K. BRUNN, Brunn & Flynn, 928 12th Street, Suite 200, P.O. Box 3366, Modesto, CA 95354, CBrunn@Brunn-Flynn.com via transmission of Notices of Electronic Filing generated by CM/ECF.

**[X] FEDERAL** - I declare that I am employed in the office of a member of the Florida Bar, admitted to practice in all Florida Courts and who makes this Pro Hac Vice Application, that our co-counsel and sponsor is a member of the bar of this California Court, and at their direction this service was made. Executed at West Palm Beach, Florida on _April 24th_, 2008.

NAME: Deanna N. Menendez          Signature: _Deanna N. Menendez_