Thomas R. Beer (148175), tbeer@barwol.com
Tino X. Do (221346), tdo@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
HDI-GERLING AMERICA INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO.: 3:07-cv-06302-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HDI-GERLING AMERICA INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS [F.R.C.P 12(c)]**<br><br>Date: May 30, 2008<br>Time: 10:00 a.m.<br>Courtroom: 8 |

Defendants HDI-Gerling America Insurance Company's Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure 12(c) came on regularly for hearing on May 30, 2008. The Honorable Judge Charles R. Breyer was presiding. Appearances were made on the record.

After considering the moving and reply papers, all papers in opposition, the argument of counsel and other pertinent matters, the Court GRANTS Defendant's Motion on the following grounds:

Plaintiff Fireman's Fund Insurance Company ("FFIC") relies upon a judgment it obtained against HDI-Gerling's insured as the basis for its claims for coverage under the HDI-Gerling insurance policy. However, the judgment specifically states that it is "not an in personam

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

j:\office2\29218\011\08pleadings\mtn for judgment on the pleadings - prop ord.doc

[Proposed] Order Granting Defendant's Motion for Judgment on the Pleadings

judgment" and cannot be executed against the insured.  The HDI-Gerling policy states that HDI-Gerling will pay those sums that the insured becomes "legally obligated to pay as damages."  As FFIC's *non in personam* judgment does not legally obligate HDI-Gerling's insured to pay any damages, HDI-Gerling's duty to provide coverage is not triggered.  Therefore, FFIC has no claim for coverage under the HDI-Gerling policy and the Court orders an entry of judgment on the pleadings in favor of HDI-Gerling.

IT IS SO ORDERED.


Dated: _____, 2008


_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
[Proposed] Order Granting Defendant's Motion for Judgment on the Pleadings