Jon D. Derrevere, Esquire (FBN: 330132)
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
561-684-3222
*Pro Hac Vice*

CHARLES K. BRUNN (CBN: 28021)
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354

Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation a/s/o BASIC RESOURCES, INC.
and GEORGE REED, INC., a foreign corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO. C 07 06302 CRB<br><br>**FFIC'S COMPENDIUM OF CASES AND RULES CITED IN PLAINTIFF'S RESPONSE WITH CROSS-MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS (D.E. 33) [F.R.C.P. 12(c)]**<br><br>Date:  May 30, 2008<br>Time:  10:00 a.m.<br>Courtroom:  8 |

**CASES AND RULES**

|  | CASES | Exhibit |
|---|---|---|
| 1. | In re Jet Florida Systems, Inc. v. Jet Florida Systems, Inc. 883 F.2d 970 (11th Cir. 1989) | A |
| 2. | Wimmer v. Mann, 58 Bankrupt 953 (Bankr. W.D. Va., 1986) | B |
| 3. | Bowers v. American Surety Co., 30 F.2d 244, 7 A.F.T.R. (P-H) 8430 (2d, Cir.), cert. Denied, 279 U.S. 865 [49 S.Ct. 480, 73 L.Ed. 1003] (1929) | C |
| 4. | Underhill v. Royal, 769 F.2d 1426 (9th Cir. 1985) | D |
| 5. | Pettibone Corp. v. Hawxhurst, 163 B.R. 989 1994 U.S. Dist. LEXIS 858 (N.D. Ill. 1994) | E |
| 6. | Allstate Ins. Co. v. Stanley, 282 F. Supp. 1342 (M.D. Fla. 2007) | F |
| 7. | Van Bibber v. Hartford Acc. and Indemn. Ins. Co. 439 So.2d 880 (Fla. 1983) | G |
| 8. | Camp v. St. Paul Fire & Marine Ins. Co. 616 So.2d 12 (Fla. 1993) | H |
| 9. | Caprece v. Depository Trust and Clearing Corp. 2005 U.S. LEXIS 42039 (S.D. Fla. 2005) | I |
| 10. | Omega Patents, LLC v. Lear Corp., 2008 U.S. Dist. LEXIS 21990 (M.D. Fla. 2008) | J |
| 11. | Horsley v. Rivera, 292 F.3d 695, 701 (11th Cir. 2002) | K |
| 12. | Thunderwave, Inc. v. Carnival Corp. 954 F. Supp. 1562, 1564 (S.D.Fla. 1997) |  |
| 13. | Castro v. Sec'y of Homeland Sec. 472 F.3d 1334, 1336 (11th Cir.2006) | L |
| 14. | Bell Atl. Corp v. Twombly, U.S. 127 S.Ct. 1955, 1964-65, 167 L.Ed.2d 929 (2007) | M |

FFIC'S COMPENDIUM OF CASES AND RULES CITED IN PLAINTIFF'S RESPONSE WITH CROSS-MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

| | | |
|---|---|---|
| 15. | Bryan Ashley Int'l, Inc. v. Shelby Williams Indus, Inc.<br>932 F.Supp. 290, 291 (S.D. Fla. 1996)<br>(citing 5A Charles A. Wright & Arthur R. Miller<br>Federal Practice and Procedure § 1368 at 222 (2004)) | N |
| 16. | Horsley v. Feldt, 304 F.3d 1125, 1134 (11th Cir. 2002) | O |
| 17. | Adamson v. Poorter, 2007 U.S. App. LEXIS 23577<br>2007 WL 2900576 *2 (11th Cir. 2007) | P |
| 18. | Citibank, N.A. v. White Motor Corp.<br>(In re: White Motor Credit), 761 F.2d 270 (6th Cir. 1985) | Q |
| 19. | In re: Honosky 6 Bankr.<br>667, 670 [Bkrtcy] (S.D.W. Va. 1980) | R |

**RULES**

| | |
|---|---|
| Judicial Notice: Rule 105 – Limited Admissibility | S |
| U.S.C.S. Fed.R.Civ.P. Rule 12 | T |
| U.S.C.S. Fed.R.Civ.P. Rule 201 | U |
| 11 U.S.C.S. § 524 | V |

FFIC'S COMPENDIUM OF CASES AND RULES CITED IN PLAINTIFF'S RESPONSE WITH CROSS-MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

By: /s/ Jon D. Derrevere
JON D. DERREVERE
Fla. Bar No.: 330132
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
jdd@derreverelaw.com

*Admitted Pro Hac Vice*
Counsel for Plaintiff

By:

CHARLES K. BRUNN
CBN: 28021
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Email: CBrunn@Brunn-Flynn.com

Co-counsel for Plaintiff

-4-

FFIC'S COMPENDIUM OF CASES AND RULES CITED IN PLAINTIFF'S RESPONSE WITH CROSS-MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

## PROOF OF SERVICE

*Fireman's Fund Ins. Co. v. Gerling American Ins.*

United States District Court, Northern District of California

Case No.: C 07 06302 CRB

I am employed in the City and County of West Palm Beach, State of Florida. I am over the age of 18 and not a party to the within action; my business address is: Derrevere, Hawkes & Black, 470 Columbia Drive, Building "B", West Palm Beach, Florida 33409.

On May 1st, 2008, I served the foregoing document(s) described as:

**FFIC'S COMPENDIUM OF CASES AND RULES CITED IN PLAINTIFF'S RESPONSE WITH CROSS-MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS (D.E. 33) [F.R.C.P. 12(c)]**

On the interested parties in this action by placing [ ] the original [ ] a true copy thereof enclosed in a sealed enveloped addressed as stated below:

**[ ] BY REGULAR MAIL:**

I caused such envelopes to be deposited in the United States Mail at West Palm Beach, Florida with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

**[X] BY ECF:**

I HEREBY CERTIFY that on this 1st day of May, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on: TINO X. DO, Barger & Wolen, LLP, 650 California Street, 9th Floor, San Francisco, CA 94108, tdo@barwol.com and CHARLES K. BRUNN, Brunn & Flynn, 928 12th Street, Suite 200, P.O. Box 3366, Modesto, CA 95354, CBrunn@Brunn-Flynn.com via transmission of Notices of Electronic Filing generated by CM/ECF.

**[X] FEDERAL** - I declare that I am employed in the office of a member of the Florida Bar, admitted to practice in all Florida Courts and who makes this Pro Hac Vice Application, that our co-counsel and sponsor is a member of the bar of this California Court, and at their direction this service was made. Executed at West Palm Beach, Florida on May 1st, 2008.

NAME: Deanna N. Menendez            Signature: *Deanna N. Menendez*

-5-

FFIC'S COMPENDIUM OF CASES AND RULES CITED IN PLAINTIFF'S RESPONSE WITH CROSS-MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS