1   Thomas R. Beer (148175), tbeer@barwol.com
    Tino X. Do (221346), tdo@barwol.com
2   BARGER & WOLEN LLP
    650 California Street, 9th Floor
3   San Francisco, California  94108-2713
    Telephone:  (415) 434-2800
4   Facsimile:  (415) 434-2533

5   Attorneys for Defendant
    GERLING AMERICA INSURANCE COMPANY
6

7                   UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10  FIREMAN'S FUND INSURANCE              )   CASE NO.: 3:07-cv-06302-CRB
    COMPANY, a foreign corporation a/s/o  )
11  BASIC RESOURCES, INC. and GEORGE      )   **STIPULATION FOR FILING OF**
    REED, INC., a foreign corporation,    )   **AMENDED ANSWER**
12                                        )
                 Plaintiff,               )
13                                        )   **Honorable Charles R. Breyer**
          vs.                             )
14                                        )
    GERLING AMERICA INSURANCE             )
15  COMPANY, a foreign corporation,       )
                                          )
16               Defendant.               )
                                          )
17

18

19

20

21

22

23

24

25

26

27

28

    j:\office2\29218\011\08pleadings\stip re 1st amended answer.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

                         JOINT STIPULATION
                         3:07-CV-06302-CRB

1    Plaintiff FIREMAN'S FUND INSURANCE COMPANY and Defendant GERLING

2  AMERICA INSURANCE COMPANY, by and through their counsel, hereby stipulate that

3  Defendant may file an Amended Answer, a copy of which is attached hereto.

4    IT IS SO STIPULATED.

5

6    Dated: May 27, 2008          BARGER & WOLEN LLP

7

8                                   By:_____
                                       Thomas R. Beer, Esq.
9                                      Tino X. Do, Esq.
                                       Attorneys for Defendant GERLING
10                                     AMERICA INSURANCE COMPANY

11

12   Dated: May __, 2008          DERREVERE, HAWKES & BLACK

13

14                                 By:_____
                                       Jon D. Derrevere, Esq.
15                                     Attorneys for Plaintiff FIREMAN'S FUND
                                       INSURANCE COMPANY

16

17

18

19

20

21                                 Signed: May 28, 2008

22        IT IS SO ORDERED
          Judge Charles R. Breyer
23

24

25

26

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800