**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GERLING AMERICAN INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | No. C 07-06302 CRB<br><br>**ORDER OF REFERENCE** |

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred for ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his/her calendar.

Dated: June 16, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE