UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, et al., | No. C07-6302 CRB (EMC) |
| Plaintiffs, | |
| v. | CLERK'S NOTICE |
| GERLING AMERICAN INSURANCE COMPANY, etc., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **PLAINTIFF'S MOTION TO COMPEL** set for July 18, 2008 at 10:00 a.m. before Judge Charles R. Breyer has been rescheduled to **August 6, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  Opposition to said Motion shall be filed on or before July 16, 2008.   Reply shall be filed on or before July 23, 2008.

Dated: June 18, 2008                                                FOR THE COURT,
                                                                                        Richard W. Wieking, Clerk

by: _____
       Betty Fong
       Courtroom Deputy