Jon D. Derrevere, Esquire (FBN: 330132)
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
561-684-3222
*Pro Hac Vice*

CHARLES K. BRUNN (CBN: 28021)
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354

Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation a/s/o BASIC RESOURCES, INC.
and GEORGE REED, INC., a foreign corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO. C 07 06302 CRB<br><br>**PLAINTIFF'S NOTICE OF FILING FIRST SUPPLEMENTAL DECLARATION OF JON D. DERREVERE IN SUPPORT OF PLAINTIFF'S MOTION FOR COURT TO TAKE JUDICIAL NOTICE OF COURT RECORDS OF UNDERLYING STATE COURT ACTION, FOR MOTIONS FOR FINAL SUMMARY JUDGMENT [DUE TO BE FILED JULY 3, 2008 (D.E. 30)] AND FOR ALL OTHER PURPOSES [F.R.E.201]** |

Plaintiff, FIREMAN'S FUND INSURANCE COMPANY ("FFIC") a/s/o BASIC RESOURCES, INC. ("BASIC RESOURCES") and GEORGE REED, INC. ("GEORGE REED") hereby files this Notice of Filing of Jon D. Derrevere's First Supplemental Declaration in Support of Plaintiff's Motion for Court to Take Judicial Notice of Underlying Court Records, for Motion for Final Summary Judgment and for all other Purposes.

DATED: 26th DAY OF June 2008.

PLAINTIFF'S NOTICE OF FILING FIRST SUPPLEMENTAL DECLARATION OF JON D. DERREVERE

By:  **/S/ JON D. DERREVERE**
JON D. DERREVERE
Fla. Bar No.: 330132
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
jdd@derreverelaw.com

*Admitted Pro Hac Vice*
Counsel for Plaintiff


CHARLES K. BRUNN
CBN: 28021
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Email: CBrunn@Brunn-Flynn.com

Co-counsel for Plaintiff

PLAINTIFF'S NOTICE OF FILING FIRST SUPPLEMENTAL DECLARATION OF JON D. DERREVERE

## PROOF OF SERVICE

*Fireman's Fund Ins. Co. v. Gerling American Ins.*

United States District Court, Northern District of California

Case No.: C 07 06302 CRB

I am employed in the City and County of West Palm Beach, State of Florida. I am over the age of 18 and not a party to the within action; my business address is: Derrevere, Hawkes & Black, 470 Columbia Drive, Building "B", West Palm Beach, Florida 33409.

On *June 26th*, 2008, I served the foregoing document(s) described as:

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL DECLARATION OF JON D. DERREVERE IN SUPPORT OF PLAINTIFF'S MOTION FOR COURT TO TAKE JUDICIAL NOTICE OF UNDERLYING COURT RECORDS, FOR MOTION FOR FINAL SUMMARY JUDGMENT AND FOR ALL OTHER PURPOSES [F.R.C.P. 12(c)]**

On the interested parties in this action by placing [ ] the original [ ] a true copy thereof enclosed in a sealed enveloped addressed as stated below:

**[ ] BY REGULAR MAIL:**

I caused such envelopes to be deposited in the United States Mail at West Palm Beach, Florida with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

**[X] BY ECF:**

I HEREBY CERTIFY that on this 26th day of June, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on: TINO X. DO, Barger & Wolen, LLP, 650 California Street, 9th Floor, San Francisco, CA 94108, tdo@barwol.com and CHARLES K. BRUNN, Brunn & Flynn, 928 12th Street, Suite 200, P.O. Box 3366, Modesto, CA 95354, CBrunn@Brunn-Flynn.com via transmission of Notices of Electronic Filing generated by CM/ECF.

**[X] FEDERAL** - I declare that I am employed in the office of a member of the Florida Bar, admitted to practice in all Florida Courts and who makes this Pro Hac Vice Application, that our co-counsel and sponsor is a member of the bar of this California Court, and at their direction this service was made. Executed at West Palm Beach, Florida on 26th June, 2008.

NAME: *Deanna N. Menendez*          Signature: *Deanna N. Menendez*

PLAINTIFF'S NOTICE OF FILING FIRST SUPPLEMENTAL DECLARATION OF JON D. DERREVERE