Thomas R. Beer (148175), tbeer@barwol.com
Tino X. Do (221346), tdo@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
GERLING AMERICA INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO.: 3:07-cv-06302-CRB<br><br>**DEFENDANT GERLING AMERICA INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR COURT TO TAKE JUDICIAL NOTICE OF UNDERLYING STATE COURT ACTION, FOR FINAL SUMMARY JUDGMENT AND FOR ALL OTHER PURPOSES [F.R.E. 201]**<br><br>[No Hearing Requested] |

Defendant Gerling America Insurance Company ("Gerling") submits this Opposition to Plaintiff Fireman's Fund Insurance Company's ("FFIC") Motion for Court to Take Judicial Notice of Underlying State Court Action, for Motions for Summary Judgment and for All Other Purposes pursuant to Federal Rule of Evidence 201.

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

### 1. **INTRODUCTION**

Gerling does not dispute the fact that the underlying Florida state court action occurred between FFIC and Gerling's insured, Gencor Industries, Inc., or even the authenticity of the documents from that state court action. However, Gerling must oppose this motion due to FFIC's

j:\office2\29218\011\08pleadings\gerling's opp to ffic's motion for judicial notice.doc

Defendant Gerling's Opposition to Plaintiff's Motion for Judicial Notice
3:07-cv-06302-CRB

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

disregard for proper procedure in filing this request as a "motion," and the overly broad scope of this motion with regard to the documents of which its seeks to obtain notice.

## 2. ARGUMENT

### A. FFIC's Motion is Procedurally Improper

FFIC fails to cite any legal authority to support the procedure in which FFIC moves the Court to take judicial notice. Generally, a party files a "Request of Judicial Notice" directing the court's attention to the material sought to be judicially noticed. This request is usually filed at the same time as the motion in which it supports.

In this case, FFIC has filed this document as a "motion," does not request a hearing and states that these documents are meant to support FFIC's future motion for summary judgment and "for all other purposes." This procedure is improper and compels the Court to deny FFIC's motion.

### B. The Scope of FFIC's Motion Is Overbroad

FFIC is not merely requesting the Court to take notice of the fact of the underlying Florida state court action, but is attempting to obtain judicial notice of a number of documents, including the entire trial transcript, which is comprised of 8 volumes and totals 1,173 pages. Gerling does not dispute the authenticity of the trial transcript, and will likely request the Court take judicial notice of specific testimony from the transcripts. However, FFIC's request for the Court to take judicial notice of all 1,173 pages of the trial transcript is too broad as it essentially requests the Court to take judicial notice of *all* the facts and events contained in the transcripts, in advance of FFIC's motion for summary judgment and "for all other purposes." Given this overly broad and ambiguous request, the Court should deny FFIC's motion for judicial notice.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

### 3. CONCLUSION

For the foregoing reasons, Gerling respectfully requests that the Court deny FFIC's motion for judicial notice.

Dated: June 27, 2008                                         BARGER & WOLEN LLP

                                                             By: /s/ Tino X. Do
                                                             THOMAS R. BEER
                                                             TINO X. DO
                                                             Attorneys for Defendant GERLING
                                                             AMERICA INSURANCE COMPANY

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-
Defendant Gerling's Opposition to Plaintiff's Motion for Judicial Notice
3:07-cv-06302-CRB