Thomas R. Beer (148175), tbeer@barwol.com
Tino X. Do (221346), tdo@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
GERLING AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO.: 3:07-cv-06302-CRB<br><br>**DECLARATION OF TINO X. DO IN SUPPORT OF DEFENDANT GERLING AMERICA INSURANCE COMPANY'S MOTION FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:       August 1, 2008<br>Time:      10:00 a.m.<br>Courtroom: 8 |

I, Tino X. Do, hereby declare as follows:

1. I am an attorney licensed to practice in all the courts in the State of California and am an associate attorney with Barger & Wolen LLP, attorneys for Defendant Gerling America Insurance Company. I make this declaration in support of Defendant Gerling America Insurance Company's Motion for Leave of Court to File Second Amended Answer. I have personal knowledge of the facts declared herein and if called upon to testify can and will testify competently thereto.

2. Attached hereto as Exhibit A is a copy of Defendant Gerling America Insurance Company's proposed Second Amended Answer.

j:\office2\29218\011\08pleadings\mtn for leave to file 2d amended answer - do decl.doc

Declaration of Tino X. Do in Support of Defendant Gerling's
Motion for Leave of Court to File Second Amended Answer
3:07-cv-06302-CRB

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1  I declare under penalty of perjury under the laws of the United States that the foregoing
2  statements are true and correct.
3  Executed on June 27, 2008 in San Francisco, California.

_____
TINO X. DO

-2-
Declaration of Tino X. Do in Support of Defendant Gerling's
Motion for Leave of Court to File Second Amended Answer
3:07-cv-06302-CRB

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800