Jon D. Derrevere, Esquire (FBN: 330132)
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
561-684-3222
*Pro Hac Vice*

CHARLES K. BRUNN (CBN: 28021)
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354

Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation a/s/o BASIC RESOURCES, INC.
and GEORGE REED, INC., a foreign corporation

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GERLING AMERICA INSURANCE COMPANY, a foreign corporation, <br><br> Defendant. | CASE NO. C 07 06302 CRB <br><br> **FFIC'S COMPENDIUM OF CASES, STATUTES, RULES, CODES AND OTHER COMMENTATORS CITED IN PLAINTIFF'S MOTION FOR FINAL SUMMARY JUDGMENT** |

**CASES, STATUTES, RULES, CODES AND OTHER COMMENTATORS**

**CASES**

*Action Auto Stores v. United Capital Insurance Co.*
845 F.Supp. 428, 442 (W.D. Mich. 1993)

*Aerothrust Corporation v. Granada Insurance Company*
904 So.2d 470 (Fla. 3d DCA 2005)

*American Equity Ins. Co. v. Don Van Ginhoven*
788 So.2d 388 (Fla. 5th DCA 2001)

*American Family Mutual Insurance Co. v. American Girl, Inc.*, 673 NW 2d 65, 73 (Wis. 2004)

*Assurance Company of America v. Lucas Waterproofing,*
2008 U.S. Dist. LEXIS 35802 (S.D. Fla. 2008)

*Auto-Owners Ins. Co. v. Anderson*, 756 So.2d 29, 34 (Fla. 2000)

*Broward Marine, Inc. v. Aetna Insurance Company*
459 So.2d 330 (Fla. 4th DCA 1984)

*Burns v. Cal Fair Plan*
61 Cal. Rptr 3d 809, 816-17 (Cal. Ct. App. 2007)

*Cessna Aircraft Company v. Avior F Technologies, Inc.*
33 FLWD 35
(Fla. 3d DCA, Opinion Filed June 11, 2008)

*Cochran v. BJ Services Co., USA*, 302 F.3d 499
(5th Cir. 2002)

*Container Corp. of America v. Maryland Casualty Company*
707 So.2d 733, 736 (Fla. 1998)

*Cotton States Mutual Insurance Company v.*
*Norell Heating & Air Conditioning Company, Inc.*
370 So.2d 270 (Ala. 1979)

*Dimmitt Chevrolet, Inc. v. SE. Fid. Ins. Corp.*
636 So.2d 700, 702 (Fla. 1993)

*Employers Insurance Company of Wausau v.*
*National Union Fire Insurance Co., of Pittsburgh,*
*Pennsylvania and Underwriters at Lloyds London*
2008 U.S. Dist. LEXIS 32312 (U.S.D.C. M.D. Fla. 2008)

*Garcia v. Federal Ins. Co.*, 969 So.2d 288 (Fla. 2007)

*Gibbs M. Smith, Inc. v. United States Fidelity and*
*Guarantee Co.*, 949 P.2d 337, 341 (Utah 1997)

*Hamilton Die Cast, Inc. v. United States Fidelity &*
*Guarantee Co.*, 508 F.2d 417, 419-420 (7 Cert. 1975)

1

2

3    *Herrera v. C.A. Seguros Catatumbo*
4    844 So.2d 644 (Fla. 3d DCA 2003)

5

6

7    *La Reunion Francaise, S.A. v. Christy*,
     122 F.Supp. 2d, 1235 (M.D. Fla. 1999)
8

9

10    *Moransais v. Heathman*, 744 So.2d 973 (Fla. 1999)

11

12
      *Marlin v. Wetzel Co. Board of Education*, 212 W.VA.
13    215, 569 SE2d 462, 469 (W.VA. 2002)

14

15
      *Maryland Casualty Co. v. Reeder*
16    270 Cal Rptr 719 (Cal. App. 4 Dist 1990)

17

18    *Minergy Neehan LLC v. Rotary Dryer Parts, Inc.*
      2008 U.S. Dist. LEXIS 33814 U.S.D.C.
19    (E.D. WI April 24, 2008)

20

21
      *Musgrove v. Southland Corp.*, 898 F.2d 1041, 1044
22    (5th Cir 1990)

23

24
      *Nehme v. Smith Kline Beach and Clinical Laboratory*
25    863 So.2d 201, 205 (Fla. 2003)

26

27
      *Oak Ford Owners Association v. Auto Owners Insurance Co.*
28    510 F.Supp. 2d 812, 2007 U.S. Dist. LEXIS 14453

FFIC's COMPENDIUM OF CASES AND RULES CITED IN PLAINTIFF'S MOTION FOR COURT TO TAKE
JUDICIAL NOTICE OF COURT RECORDS OF UNDERLYING STATE COURT ACTION

Case 3:07-cv-06302-CRB   Document 59   Filed 07/03/2008   Page 5 of 9

| | |
|---|---|
| 1 | *(U.S.D.C. M.D. Fla., February 28, 2007)* |
| 2 | |
| 3 | <u>Pacific Employers Insurance Company v.</u> |
| 4 | <u>Alex Hofrichter, P.A.</u>, *670 So.2d 1023 (Fla. 3d DCA 1996)* |
| 5 | |
| 6 | |
| 7 | <u>Pensacola Executive House Condominium Association v.</u> <u>Baskerville-Donovan Engineers, Inc</u>. |
| 8 | *566 So.2d 850, 851 (Fla. 1st DCA 1990)* *approved 581 So.2d 1301 (Fla. 1991)* |
| 9 | |
| 10 | |
| 11 | <u>RAD Source Tech, Inc. v. Colony National Insurance Company</u> *914 So.2d 1006 (Fla. 4th DCA 2005)* |
| 12 | |
| 13 | |
| 14 | <u>Saint Paul Fire & Marine Insurance Company v.</u> <u>Lexington Insurance Company</u>, |
| 15 | *2006 U.S. Dist. LEXIS 31397 (S.D. Fla., 2006)* |
| 16 | |
| 17 | <u>Scottsdale Insurance Co., v. Deer Run Property</u> <u>Owners Association</u>, *642 So.2d 786 (Fla. 4th DCA 1994)* |
| 18 | |
| 19 | |
| 20 | <u>State Farm Fire & Cas. Co. v. CTC Dev. Corp</u>. *720 So.2d 1072 (Fla. 1998)* |
| 21 | |
| 22 | <u>Taurus Holdings, Inc. v. U.S. Fid. & Guar. Co</u>. |
| 23 | *913 So.2d 528, 532 (Fla. 2005)* |
| 24 | |
| 25 | <u>Thermo Terratech v. GDC Enviro Solutions, Inc</u>. |
| 26 | *265 F.3d 329 (5th Cir. 2001)* |
| 27 | |
| 28 | <u>Travelers Indem. Co. of Am. v. Moore & Assocs., Inc</u>. |

FFIC's COMPENDIUM OF CASES AND RULES CITED IN PLAINTIFF'S MOTION FOR COURT TO TAKE JUDICIAL NOTICE OF COURT RECORDS OF UNDERLYING STATE COURT ACTION

1  *216 S.W. 3d 302, 305 (Tenn. 2007)*

<u>Tri-State Insurance Company of Minnesota v. Fitzgerald</u>
*593 So.2d 1118 (Fla. 3d DCA 1992)*

<u>Twin City Fire Insurance Co. v. Fireman's Fund
Insurance Co.</u>, *386 F.2d 1272 (S.D. Fla. 2005)*

<u>United Concrete Pipe Co. v. Bould</u>, *437 So.2d 1061
(Fla. 1983)*

<u>US Fire Insurance Company v. J.S.U.B.</u>
*979 So.2d 871 (Fla. 2007*

<u>Weedo v. Stone-E-Brick, Inc.</u>, *405 A.2d 788, 795
(N.J. 1979)*

**RULES**

Federal Rule of Civil Procedure 56

Civil L.R. 7-1 through 7.5

**STATUTES**

F.S. § 55.03

F.S. § 768.79

FFIC's COMPENDIUM OF CASES AND RULES CITED IN PLAINTIFF'S MOTION FOR COURT TO TAKE
JUDICIAL NOTICE OF COURT RECORDS OF UNDERLYING STATE COURT ACTION

F.S. § 95.11(4)

**OTHER COMMENTATORS**

Appleman's 3d Ed § 1329 at P 148

Anderson, Insurance Coverage Litigation Section 14.07 [a] at 14-117

Black's Law Dictionary 1246 (8th Ed. 2004)

FFIC's COMPENDIUM OF CASES AND RULES CITED IN PLAINTIFF'S MOTION FOR COURT TO TAKE JUDICIAL NOTICE OF COURT RECORDS OF UNDERLYING STATE COURT ACTION

DATED 3rd DAY OF July, 2008.

By: /s/ Jon D. Derrevere
JON D. DERREVERE
Fla. Bar No.: 330132
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
jdd@derreverelaw.com

*Admitted Pro Hac Vice*
Counsel for Plaintiff

By:
CHARLES K. BRUNN
CBN: 28021
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Email: CBrunn@Brunn-Flynn.com

Co-counsel for Plaintiff

## PROOF OF SERVICE

*Fireman's Fund Ins. Co. v. Gerling American Ins.*

United States District Court, Northern District of California

Case No.: C 07 06302 CRB

I am employed in the City and County of West Palm Beach, State of Florida. I am over the age of 18 and not a party to the within action; my business address is: Derrevere, Hawkes & Black, 470 Columbia Drive, Building "B", West Palm Beach, Florida 33409.

On _July 3rd_, 2008, I served the foregoing document(s) described as:

**FFIC'S COMPENDIUM OF CASES, STATUTES, RULES, CODES AND OTHER COMMENTATORS CITED IN PLAINTIFF'S MOTION FOR FINAL SUMMARY JUDGMENT**

On the interested parties in this action by placing [ ] the original [X] a true copy thereof as stated below:

**[ ] BY REGULAR MAIL:**

I caused such envelopes to be deposited in the United States Mail at West Palm Beach, Florida with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

**[X] BY ECF:**

I HEREBY CERTIFY that on this _3rd_ day of _July_, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on: TINO X. DO, Barger & Wolen, LLP, 650 California Street, 9th Floor, San Francisco, CA 94108, tdo@barwol.com and CHARLES K. BRUNN, Brunn & Flynn, 928 12th Street, Suite 200, P.O. Box 3366, Modesto, CA 95354, CBrunn@Brunn-Flynn.com via transmission of Notices of Electronic Filing generated by CM/ECF.

**[X] FEDERAL** - I declare that I am employed in the office of a member of the Florida Bar, admitted to practice in all Florida Courts and who makes this Pro Hac Vice Application, that our co-counsel and sponsor is a member of the bar of this California Court and at their direction this service was made. Executed at West Palm Beach, Florida on this _3rd_ day of _July_, 2008.

NAME: *Deanna N. Menendez*          Signature:

_Deanna N. Menendez_

---

FFIC's COMPENDIUM OF CASES AND RULES CITED IN PLAINTIFF'S MOTION FOR COURT TO TAKE JUDICIAL NOTICE OF COURT RECORDS OF UNDERLYING STATE COURT ACTION