Thomas R. Beer (148175), tbeer@barwol.com
Tino X. Do (221346), tdo@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
GERLING AMERICA INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO.: 3:07-cv-06302-CRB<br><br>**DECLARATION OF THOMAS R. BEER IN SUPPORT OF DEFENDANT GERLING AMERICA INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      August 8, 2008<br>Time:      10:00 AM<br>Courtroom: 8 |

I, Thomas R. Beer, hereby declare as follows:

1.   I am an attorney licensed to practice in all the courts in the State of California and am a partner with Barger & Wolen LLP, attorneys for Defendant Gerling America Insurance Company. I make this declaration in support of Defendant Gerling's Motion for Summary Judgment. I have personal knowledge of the facts declared herein and if called upon to testify can and will testify competently thereto.

2.   Attached hereto as Exhibit A is a true and correct copy of the written contract between Gencor Industries, Inc. and George Reed, Co. for the purchase of a 12,000 pound stationary asphalt plant, dated February 8, 2000.

j:\office2\29218\011\08pleadings\msj - beer decl.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1       3.   Attached hereto as Exhibit B is a true and correct copy of the letter dated May 23, 2001

2    from counsel for Gerling to John Elliott of Gencor Industries, Inc. to inform Gencor that Gerling

3    was reserving its rights on its duty to defend and indemnify Gencor for the claims made by FFIC.

4       4.   Attached hereto as Exhibit C is a true and correct copy of the letter dated May 14, 2007

5    from counsel for Gerling to counsel for Gencor Industries, Inc. to inform Gencor that Gerling was

6    declining coverage for the claims made by FFIC against Gencor.

7       I declare under penalty of perjury under the laws of the United States that the foregoing

8    statements are true and correct.

9       Executed on July 3, 2008 in San Francisco, California.

10

11                                  /s/ Thomas R. Beer

12                                  THOMAS R. BEER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF THOMAS R. BEER IN SUPPORT OF
DEFENDANT GERLING'S MOTION FOR SUMMARY JUDGMENT
CASE NO.: 3:07-cv-06302-CRB

BARGER & WOLEN LLP
660 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800