1  Thomas R. Beer (148175), tbeer@barwol.com
   Tino X. Do (221346), tdo@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108-2713
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533

5  Attorneys for Defendant
   GERLING AMERICA INSURANCE COMPANY
6

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO.: 3:07-cv-06302-CRB<br><br>**DEFENDANT GERLING AMERICA INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 8, 2008<br>Time: 10:00 AM<br>Courtroom: 8 |

   Defendant Gerling America Insurance Company, by and through its attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts and documents:

   1. Relevant excerpts of deposition testimony of Wendell Reed, CEO and President of George Reed Co., from the Florida state court trial between Fireman's Fund Insurance Company and Gencor Industries, Inc., Case No. 04-CA-007746, a copy of which is attached hereto as Exhibit 1.

   2. Relevant excerpts of deposition testimony of Calvin Dixon, former field service technician for Gencor Industries, Inc., from the Florida state court trial between Fireman's Fund Insurance Company and Gencor Industries, Inc., Case No. 04-CA-007746, a copy of which is

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

j:\office2\29218\011\08pleadings\msj - rjn.doc

attached hereto as Exhibit 2.

3. Fireman's Fund Insurance Company's Complaint against Gencor Industries, Inc., Case No. 04-CA-007746, filed on September 22, 2004 in Circuit Court, in the Ninth Judicial Circuit, in and for Orange County, Florida, a copy of which is attached hereto as Exhibit 3.

4. Fireman's Fund Insurance Company's "Notice of Withdrawal of Claims" dated January 3, 2007 in its action against Gencor Industries, Inc. in the Florida state court action, Case No. 04-CA-007746, a copy of which is attached hereto as Exhibit 4.

5. Fireman's Fund Insurance Company's "Motion to Modify Discharge Injunction" filed in In re: Gencor Industries, Inc., Case No.: 00-03597-6J1 in the United States Bankruptcy Court, Middle District of Florida, Orlando Division, a copy of which is attached hereto as Exhibit 5.

6. Verdict form dated January 26, 2007 from the jury following trial in the action between Fireman's Fund Insurance Company's and Gencor Industries, Inc. in Florida state court, Case No. 04-CA-007746, a copy of which is attached hereto as Exhibit 6.

7. Relevant excerpts of deposition testimony of Frank Hsu, forensic engineering expert retained by Fireman's Fund Insurance Company in its action against Gencor Industries, Inc. in the Florida state court action, Case No. 04-CA-007746, a copy of which is attached hereto as Exhibit 7.

Dated: July 3, 2008                    BARGER & WOLEN LLP

By:  /s/ Thomas R. Beer
THOMAS R. BEER
TINO X. DO
Attorneys for Defendant GERLING
AMERICA INSURANCE COMPANY

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800