# EXHIBIT "2"

IN THE CIRCUIT COURT, NINTH
JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

CASE NO.: 04-CA-007746

FIREMAN'S FUND INSURANCE COMPANY, a
foreign corporation, a/s/o BASIC RESOURCES, INC.,
and GEORGE REED, INC., a foreign corporation,

        Plaintiffs,



vs.

GENCOR INDUSTRIES, INC., a foreign corporation,

        Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF PROCEEDINGS

VOLUME 2 of 8 (Pages 143 - 333)

JURY TRIAL BEFORE
THE HONORABLE RENEE A. ROCHE
CIRCUIT COURT JUDGE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DATE TAKEN:        TUESDAY, JANUARY 23, 2007
TIME:              COMMENCED AT 8:30 A.M.
                   CONCLUDED AT 5:00 P.M.

PLACE:             ORANGE COUNTY COURTHOUSE
                   COURTROOM 19C
                   ORLANDO, FLORIDA

REPORTED BY:       MARY ANN SCHUMACHER, CSR
                   Court Reporter and Notary Public

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

144

APPEARANCES:

        JON D. DERREVERE, Esquire
        JEFFREY BURNSIDE, Esquire
        Derrevere, Hawkes & Black
        470 Columbia Drive, Building "B"
        West Palm Beach, Florida  334309
        561-684-3222

          Attorneys for Plaintiff


        PATRICK J. MURPHY, Esquire
        Murphy & Neale, P.A.
        550 Fairway Drive, Suite 203
        Deerfield Beach, Florida  33441
        954-525-5509

          Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# C O N T E N T S

VOLUME 2 of 9

(Pages 143 through 333)

PLAINTIFF'S WITNESSES:

TESTIMONY OF WENDELL REED

     By Video Deposition

     Cross Examination by Mr. Evoy     146
     Redirect Examination by Mr. Derrevere     156
     Recross Examination by Mr. Evoy     160

TESTIMONY OF CALVIN DIXON

     By Video Deposition

     Direct Examination by Mr. Murphy     164
     Cross Examination by Mr. Derrevere     237

TESTIMONY OF LAWRENCE W. TIPTON

     By Video Deposition

     Direct Examination by Mr. Derrevere     273

Q.    **Nine and a half years.  Okay.**

A.    I was E5 at the time when I got out.  My title was gas turbine systems technician, electrical.

Q.    **So you got a lot of training while in the Navy?**

A.    Yes.  My first -- after basic training I was in a school in Great Lakes, Illinois for a year before I got stationed in Norfolk, Virginia.

Q.    **Okay.  And after that school in Great Lakes, any further formal training while in the Navy?**

A.    Yes.  Periodically different training, you know, sometimes their own base on the ship, sometimes we may -- we'd go out somewhere for training, but, you know, periodically different training.

Q.    **Okay.  And what kind of things would you do in that capacity while in the Navy?**

A.    As far as my job?

Q.    **Yes, sir.**

A.    Mostly I worked with control assistance.

Q.    **Okay.**

A.    Controls -- we control gas turbine systems, generators, many propulsion turbine engines, you know, all different electrical circuits.

Q.    **Okay.  And that was essentially your full-time job while in the Navy?**

1    A.    Yes.

2    Q.    **Okay.  And then did you serve overseas any**

3 **time?**

4    A.    Yes, periodically -- different times, during

5 Desert Storm, served, you know, different times back and

6 forth overseas.

7    Q.    **You were a veteran of the Desert Storm**

8 **conflict?**

9    A.    Yes.  Yes.

10    Q.    **Okay.  Were you injured during that conflict?**

11    A.    No.

12    Q.    **Okay.  And then you left the Navy in 1997?**

13    A.    December of 1997.

14    Q.    **Okay.  Can you just tell us -- bring us up**

15 **to what you did after the Navy as far as work wise up**

16 **until your employment with Gencor, please.**

17    A.    Oh, well, I left the Navy December of '97,

18 middle of December, and the beginning of January came to

19 Florida to start work with Gencor.

20    Q.    **Okay.**

21    A.    So there was only like a two, three-week

22 span, everybody was right in their holiday time.

23    Q.    **And Gencor was located where at the time that**

24 **you --**

25    A.    Orlando, Orange Blossom Trail.

168

Q.    In Orlando?   Okay.   And what was your initial job with Gencor when you began employment?

A.    Field service technician.

Q.    And tell me what a field service technician does.

A.    We do troubleshooting calls on asphalt plants.  We do startup, setup on asphalt plants, any troubleshooting, any controls, things like that -- of that nature.

Q.    Okay.   And how long did you remain in that position as a field tech?

A.    The entire time I was with the company.

Q.    And how many years did you work for Gencor?

A.    I left in May of 2003.

Q.    Okay.   And under what circumstances?  Voluntary?

A.    Yeah, voluntary, found another job here --

Q.    Another job?

A.    -- in D.C.

Q.    Okay.   And we're up here in Washington, D.C. to take your statement?

A.    Correct.

Q.    And who do you currently work for?

A.    The D.C. Water and Sewer Authority.

Q.    And how long have you worked for that

1    Authority?

2          A.    May of 2003 until now.  Still with them

3    currently.

4          Q.    **And what do you do for the Authority?**

5          A.    I'm an instrumentation technician.

6          Q.    **Okay.  What do you do in that capacity?**

7          A.    Calibration, troubleshooting, electronic

8    controls.

9          Q.    **Okay.  So basically your entire work career,**

10   **including the Navy, has been involved with controls and**

11   **these type of systems?**

12         A.    Yes, sir.

13         Q.    **Okay.  Tell us if you will, generically,**

14   **how it would be -- well, let's do this first.  With**

15   **Gencor what kind of training did they provide you?**

16         A.    We did in-house training there at the

17   company in Orlando, but we also did on-the-job training,

18   went out with other senior technicians when I first

19   started with them.

20         Q.    **Okay.  And you'd have to go to various plants**

21   **and locations?**

22         A.    Right.

23         Q.    **And then you'd have the experience doing**

24   **that?**

25         A.    Correct.

1    process down at the end is hot liquid asphalt.  It's

2    injected into these rocks and if there's any moisture in

3    them, it won't stick to it, you know.

4        So then there is -- it sticks in the drum whereas

5    liquid asphalt mixes in with this drum, okay, and that's

6    when asphalt is created.  And then it comes out of there

7    and then it goes up to a silo.  That's one process, that's

8    what we call drum mixing.

9        Q.    Okay.

10        A.    But then another mixing is called batch

11    mixing, where it does the same thing, it comes into the

12    drum and it dries, but then it comes out of the drum, no

13    liquid asphalt yet, and it goes up a tower.  And it drops

14    into what we call a batch tower.  And in that batch tower

15    that's where the liquid asphalt is mixed in with it.

16        Q.    Okay.  So when you use the term batch, you

17    referred to what?

18        A.    Batching, basically mixing the materials

19    mixed up, and then you batch in a certain amount and it

20    drops through the tower and to a truck.

21        Q.    Okay.  As far as we are concerned in this

22    case, when you first arrived -- and let's take a look at

23    your daily reports.  Okay.  Starting with 1-A, could you

24    tell us the first time that you arrived out at this plant?

25        A.    On April 12, 2001.  See here where it says--

1  was traveling from San Jose to Clements so that was the

2  first day that I was here.

3      Q.   Okay.  And then essentially just tell the

4  jury, without reading the entire report, what did you do

5  on the first day that you were out there?

6      A.   The first day it looks like I was working

7  on a heater, what you call a hot oil heater.  It's a

8  heater that heats oil and it's what keeps -- helps keep

9  the liquid asphalt hot.  Because the stuff, it can't

10  harden, you know, if it hardens you got problems.  So I

11  was working on that the first day, it looks like.  Looks

12  like that's all I was doing the first day.

13      Q.   Okay.

14      A.   I was working on their -- oh, I was also

15  working on the cold feed bids where the rocks are stored,

16  I was doing some work on those.

17      Q.   Okay.  Now, at this time, were you working

18  by yourself as the only Gencor employee out there?

19      A.   Yes, I was the only Gencor employee on the

20  site.

21      Q.   Okay.  All right.  And then the -- the next

22  day, the next report you have is April 13.

23      A.   April 13th.

24      Q.   And again, just kind of summarize what you

25  did that day with --

184

1       A.    Continued working with the heater.    Pretty

2   much a lot of that, we were having problems with it, it

3   looks like.    Back working on the cold bins feeders again.

4       Q.    **Okay.**

5       A.    And it looks like I was working with a -- I

6   was working with another unit called the bag house, it's

7   where -- the bag house is where as you're drying this

8   material, of course you're going to have dust.    So the

9   dust is sucked out with an exhaust fan and it goes into

10  this thing called a bag house.    And the dust sticks to

11  these bags and then they have air that pulses on these

12  bags and it knocks it down and drags it out through an

13  auger, as they call it, a thing that screws and pulls the

14  dust out.    And you actually put it back into the plant

15  so you're not putting it into the atmosphere or anything,

16  you're actually recycling it back to the plant.

17      Q.    **Recycling?**

18      A.    So you're always-- you're always using it.

19      Q.    **Okay.**

20      A.    So I was working on that also that day.

21      Q.    **Okay.  Then the next day was April --**

22      A.    April 14, 2001.

23      Q.    **14, okay.**

24      A.    Back working with the hot oil heater again.

25  And I also worked with the silo a little.    I worked with

1    the conveyers on.  And this is the first day I did

2    anything on -- what I saw here, I was trying to get a

3    pilot on the burner.  So this is the first day I worked

4    with the burner.

5         Q.   And what were you doing in that regard?

6         A.   Oh, I was just trying to get the pilot light

7    because when you -- before you can fire the burner, you

8    have to get a pilot light first, which is a small flame

9    that ignites the big -- the big flame.  It would be just

10   like a hot oiler heater at --

11        Q.   All right.

12        A.   -- you know, at the house or anything, like a

13   gas heater at your house and you got a little flame that's

14   always burning?

15        Q.   Yes.

16        A.   So basically I was trying to get the little

17   flame burning.

18        Q.   Okay.  And then the next day?

19        A.   April 16, 2001.  We were working on the

20   batch tower.  I had a problem with a like on the batch

21   tower, with -- an oil leak.

22        Q.   Okay.  Now, where would that be?

23        A.   That would be on the tower, the tall tower

24   away from the drum and the burner --

25        Q.   Away from it?

A.    Right.

Q.    **Away from the fire?**

A.    Right.  Okay.  And I still was working on the burner with the pilot light, I still was having problems with that so I had to change the spark plug.  We used the spark plug for -- for ignition.

Q.    **Okay.**

A.    So I was working with the burner that day and the hot oil system again, of course, working with --

Q.    **And as you were troubleshooting on April 16, 2001, were you getting these -- these portions of the plant correct and working?**

A.    Yes, that's what I am doing.

Q.    **Okay.  All right.  Do you have a report -- I don't have one, but I don't believe there's one for April 17, 2001.**

A.    I don't know why there's not one, there should be one.

Q.    **Okay.**

A.    Unless for some reason we didn't work that day.  But I can't recall and, no, I don't have a copy of it.

Q.    **Okay.  You're talking five and a half years ago?**

A.    Right.

1     Q.   Okay.  All right.  Fair to say you don't

2 remember the whole specific details of what you did that

3 day?

4     A.   No, I do not.

5     Q.   You're relying on your report?

6     A.   Right, exactly.

7     Q.   And these photographs?  Okay.  All right.

8 Let's go to the day of the explosion, April 18, 2001.

9     A.   Correct.

10     Q.   Okay.  Now, you got your report there.  I'm

11 assuming your report was generated after the explosion.

12     A.   Right.  We always write reports at the end of

13 the day --

14     Q.   At the end of the day.

15     A.   -- usually once I get back to my hotel room.

16     Q.   Okay.  So April 18th would be a recitation or

17 compilation of your activity at the plant that day, yes?

18     A.   Uh-huh.

19     Q.   Right?  All right.  And it says here you got

20 job time, 11 hours?

21     A.   Okay.

22     Q.   Now, would that include the time you're

23 actually at the plant or would that mean the time that

24 you're --

25     A.   That would be time at the plant.

1    Q.    At the plant working?   Okay.   And any idea

2   what time you would have gotten there that day?

3    A.    It's hard to say for now.  Six, seven, I

4   would imagine, with the --

5    Q.    In the morning?

6    A.    Right.

7    Q.    Okay.

8    A.    A.M.

9    Q.    Okay.  And do you recall, Mr. Dixon, the

10  name of any employees from Basic Resources or George Reed

11  that you would have been working with?

12   A.    No, I can't remember anyone's name.

13   Q.    Anybody's name?

14   A.    No.

15   Q.    Okay.  Any managers or supervisors?

16   A.    I went to so many plants, I can't remember --

17  rarely do I remember anyone.

18   Q.    How many plants like this had you serviced

19  during your career at Gencor?

20   A.    Well, I can't really give you a number, but

21  many.

22   Q.    Well, for the jury's perspective so they have

23  an understanding, when you say many, can you give us an

24  idea; are you talking --

25   A.    A hundred.

1    Q.    Couple dozen, a hundred?

2    A.    Yeah.

3    Q.    A hundred?

4    A.    Easily a hundred.

5    Q.    Okay.  And that would be over the period that

6  you worked at Gencor?

7    A.    Yes.

8    Q.    Have you worked on these type of plants

9  since?

10    A.    No.

11    Q.    Okay.  Ever have any problems with an

12  explosion with any of these other plants you had worked at

13  at any time?

14    A.    Never.

15    Q.    Okay.  As part of the protocol that you

16  followed, did you have paperwork or a manual from your

17  employer, Gencor, at the time that you were following?

18    A.    Yes, we have manuals for everything

19  throughout the plant.

20    Q.    Okay.  All right.  So I want you to take the

21  jury through -- and I'm going to ask you to refer to your

22  report, and then we'll look at the pictures to kind of

23  explain what you did that day, okay?

24    A.    Okay.

25    Q.    So looking at 4/18/01, tell us what your --

1    you first did there, as per the report.

2         A.    Installed timer and wired in for the pulse

3    purge valve on the hot oil heater.  That's the hot oil

4    heater that I had been working on almost every day.

5         Q.    Okay.  Now, would that be within these

6    pictures, that have anything to do with this --

7         A.    No, that's -- that's -- that's separate.

8         Q.    That's separate, not related?

9         A.    Right.

10        Q.    Okay.  Then what'd you do?

11        A.    I said the blower stays on for 15 seconds,

12   after losing heat, still the hot oil heater.

13        Q.    Okay.  So again, that has nothing to do --

14        A.    Right.

15        Q.    All right.

16        A.    Align chains on the back -- batch tower mixer

17   and adjusted the belt tension.  That on the tower again,

18   that's away from it also.

19        Q.    Okay.

20        A.    Okay.  Then the customer had a load of

21   cutback AC off-loaded into tank number 3.

22        Q.    Okay.  Explain to the jury what that means in

23   English.

24        A.    That means they got a tanker truck come in

25   and deliver a load of liquid asphalt.  When I say cutback

AC, that means Asphalt Cemex, just like tar, black liquid
tar.

Q.    Okay.

A.    And so they had a load of that delivered to
the plant.

Q.    Okay.

A.    Then it says here, started plant and ran
material into batch tower.

Q.    **All right.  Let's focus on that for a second.
Started plant, what does that mean?  What did you do?**

A.    That means -- that means starting up
everything, all the motors, everything, got material
running from the bins, conveyer, into the drum, drying
material.

Q.    **So tell the jury as best you can -- you're
doing a great job -- the process.  So when you get there
and you start the plant up, what did you have to touch or
activate and what part of the system is activated as you
go through this process to start the plant?**

A.    Well, usually the first thing they we do
is, if I remember correctly, is we start our fans up and
everything.

Q.    Okay.

A.    And after we do that, we start the drum
turning.

1    Q.    And why do you start a fan?

2    A.    Because you have to start those before you

3 start the burner.

4    Q.    Why?

5    A.    Because when you start the burner, you have a

6 flame.  And you have exhaust heat, you have to move it and

7 exhaust it.

8    Q.    Okay.  So that's the first in the process?

9    A.    Uh-huh.

10    Q.    Okay.  Well, is that a particular button on

11 the console or --

12    A.    Yes, we start -- everything's is started up

13 on the console.

14    Q.    All right.  Let's go ahead and take a look

15 at all these pictures we've identified that would assist

16 you in telling the jury -- go ahead.

17    A.    Okay.  The fans and everything would -- would

18 start here on this panel.

19    Q.    Okay.  On the back of this, it's Exhibit

20 Number --

21    A.    -- 6.

22    Q.    -- 6 you're looking at.  Thank you.

23    A.    Yes.  All the fans and motors and everything

24 started here.  When we got to start to light the burner,

25 that would be over here (indicating).

Q.    Okay.

A.    In this control.

Q.    So you essentially come in and -- do you have to wire the electrical system for the fans or are they already wired?

A.    They're already wired.

Q.    All right.  Looking at the pictures that show the circuit board, which I call it the close-up, Exhibits 10 and 11.

A.    Okay.

Q.    Are you able to tell us which ones connect to the fan end of the blower, and I've got this sort of schematic to identify --

A.    I would have to look at the schematic.  And by the schematic, the exhaust fan would be 23 and 24.

Q.    Okay.  So let me -- let me hold this up, and I'll mark this as the next exhibit in line, I think it's Number 12.

THE COURT REPORTER:  Yes.

BY MR. MURPHY:

Q.    So this will be the schematic for the wiring?

A.    Yes.

Q.    All right.  And then show the jury --

A.    23, 24, these two.

Q.    That would be for the exhaust fan?

1    A.    That would be for the exhaust fan.

2    Q.    Okay.  All right.  On the next page, does

3  this tell you which ones are for the blower?

4    A.    Right, the blower is 29 and 30.

5    Q.    Okay.  We'll show the jury there.

6    A.    The two here.

7    Q.    Okay.  Now, these wires that we're looking

8  at on Exhibit 10 and 11 --

9    A.    Uh-huh.

10   Q.    -- do these come pre-wired in the Gencor 3?

11   A.    Yes, they come pre-wired on the -- at the

12  control tower.

13   Q.    Okay.  So when you're putting on, starting

14  the process of hitting the button --

15   A.    Uh-huh.

16   Q.    -- to stop the exhaust, okay, you're

17  essentially activating 23 and 24?

18   A.    Yeah.  See, there's a signal --

19   Q.    Yes, sir.

20   A.    -- that comes from the control.

21   Q.    Yep.

22   A.    And I can't remember, 23 or 24, whichever

23  one is speeding, it goes out to the exhaust fan.  It would

24  be 23 --  23.

25   Q.    Okay.

195

1          A.    Okay?  And what it does is it goes out to a

2    switch, and there's a pressure switch.  And as the fan

3    starts up and starts running, it creates pressure.  And

4    once you build up pressure to a certain point, that switch

5    closes.

6          Q.    **Okay.**

7          A.    And when that switch closes, it sends a

8    signal back, which is to the 120-volt AC.  It sends a

9    signal back so you -- now you've created a circuit.

10         Q.    **Okay.**

11         A.    A loop.

12         Q.    **All right.**

13         A.    Is what we call it.

14         Q.    **Okay.  Now, at that point in time in this**

15   **process when you start up, as you're looking at this**

16   **Exhibit here, Exhibit Number 10 --**

17         A.    Okay.

18         Q.    **-- looking at number 18 in the middle there,**

19   **you see the wire?**

20         A.    Right.

21         Q.    **That's not connected?**

22         A.    Right.

23         Q.    **So at the point when you first start the**

24   **plant up and activated the --**

25         A.    Burner?

1    Q.    -- no, the fans, the exhaust, would 18 have
2  been connected?

3    A.    Yes.

4    Q.    It would have been?

5    A.    Yes.

6    Q.    Okay.   And 18 connects to what?

7    A.    Fuel valves.

8    Q.    Okay.

9    A.    Connects to the fuel valves as per a drawing
10 somewhere.

11    Q.    Okay.

12    A.    It doesn't show it on this one.

13    Q.    Okay.   All right.   So then getting -- you
14 can put that down, thank you.   As you then start up the
15 exhaust fans, how long do you do that before you then go
16 to the next step of running the plant?

17    A.    Well, once we do that, the next step is to
18 get where you start the drum, have it turning.   And once
19 you get that done, that's when you start the burner.

20    Q.    Okay.   So is there another control, a button
21 on the control --

22    A.    Yes.

23    Q.    -- board?

24    A.    Let me show it on this one.

25    Q.    Exhibit Number 6.

1       A.    Six.

2       Q.    **Okay.**

3       A.    Like I said before, this is where you start

4    all the fans and everything, right here.

5       Q.    **All right.**

6       A.    But when you getting ready to start the

7    burner, that's for this control here.

8       Q.    **On the left-hand side of that picture?**

9       A.    Yes.

10       Q.    **Okay.  So the next thing you do would be hit**

11    **the button there?**

12       A.    Right.

13       Q.    **And then a burner starts?**

14       A.    Right.

15       Q.    **Okay.**

16       A.    And we're starting that now so you can what

17    we call preheat.  Okay, so we got to heat everything up,

18    the bag house, see the exhaust fan's going to be sucking

19    the air out --

20       Q.    **It's still working?**

21       A.    Yes, that's working.  And it goes through the

22    bag house, I don't see a picture of that right now.  But

23    you have to preheat the bag house because as it sits

24    overnight and different things like that, you're going to

25    have condensation collected, that's the drum.

198

Q.    Okay.

A.    So you preheat so there will be no moisture
and everything is good and hot before you bring the wet
material in.  So that's 15 minutes or so, if I remember
correctly, how much time it took.  But as to what it is
at certain temperatures, here you have temperature
indicators.

Q.    Okay.  You're looking at Exhibit Number 6
again.

A.    Number 6 again.

Q.    You're looking at the panel in the middle,
right?

A.    Right.

Q.    Okay.

A.    Temperature indicators, and I can't recall
what the temperature is, but I think right above, like 212
degrees I think the temperature has to be, that way, you
know, you're getting all the moisture out.  And once you
get the temperature is above a certain point or near, then
you can actually start running the plant.

Q.    Okay.

A.    So until that point we're preheating.

Q.    Okay, you're preheating.  All right.

A.    Right.

Q.    So that takes us up to this sentence in your

report; correct?

    A.   Right, I said --

    Q.  **So the plant starts to run, or it was running at that point.**

    A.   Once they start the plant, but I mean it's a lot of process in starting a plant.  Like I said before, you start the motors and everything.  And conveyer belts are running and heating up, and we got the burner blowing and preheating and everything, but we're actually not making asphalt yet until we finish preheating and we start running the cold feed bins and running the material into the drum, and now we're making -- now we're starting to make asphalt.  And this particular day we were running it into the batch tower.

    Q.  **Okay.**

    A.   We ran material into the batch tower.  So we ran the material all the way through the drum, heated it up, took all the moisture out and the material will come out nice and hot and go up a tower, up to what we call the batch tower.

    Q.  **Okay.  Let me just see if I got a picture to show the jury just so they have an understanding, okay, watching the testimony.  Does this show it?**

    A.   You can see it on this one.

    Q.  **Okay.  Well, let's mark that as Exhibit**

200

1    **Number 13, I believe, please.**

2          A.    This here is what a drum --

3          **Q.    Again, your hand's in the way so if you'd**

4    **take it down below, if you can show --**

5          A.    Here, this is what a drum would be in a

6    burner and the drum will be turning.

7          **Q.    Okay.**

8          A.    And the material will come out and drop down

9    here at the base of this.  And then it -- there's a chain

10   in here that's turning, and it will take this material and

11   pull it up.

12         **Q.    Okay.**

13         A.    Up to here.

14         **Q.    All right.**

15         A.    And then it would drop it into this tower

16   here, and this is called a batch tower.

17         **Q.    That's the batch tower?**

18         A.    That's the batch tower.  And then once it

19   drops in here, that's where the liquid asphalt, as we

20   called it, would mix in.  And once it mixes in here, it's

21   got a couple places it drops down and then a truck -- as

22   you can barely see, on this picture is a truck sitting

23   there.  And then the truck will sit under it and it will

24   open up and drop into the bed of the truck.

25         **Q.    Okay.  So that gives us an idea of what it**

1    did the day before the explosion?

2        A.    Right.

3        Q.    Okay.  All right.  So how long would it have

4    been run at that point; do you have any idea?

5        A.    I don't know how long we had ran it for a

6    fact.  I just say started plant and ran materials, so I'm

7    not sure how long we ran.

8        Q.    Okay.

9        A.    Or how much we ran, I can't recall.

10        Q.    All right.  And then what do you note in your

11    report?

12        A.    It says I had some problems with the AC fuel

13    valve working --

14        Q.    Okay.

15        A.    -- that would be on that tower.

16        Q.    Okay, the tower that you showed us?

17        A.    Yes.

18        Q.    On Exhibit 13?

19        A.    Yes, that was -- on this tower here.

20        Q.    Okay.

21        A.    And -- and the Gen 3 would not control in

22    automatic.  The Gen 3 would be this burner control here.

23        Q.    Okay, looking at Exhibit number, I believe

24    it's 6?

25        A.    Six.

1      Q.    **Okay.**

2      A.    This is the control as far as where we hit

3  all the buttons and everything, but the actual control

4  of course is down on the drawer with those boards.

5      Q.    **The circuit board?**

6      A.    The circuit boards.

7      Q.    **Okay.**

8      A.    So we were having some problems with that.

9      Q.    **All right.**

10     A.    Because it says we're not controlling

11  auto, that means the material should be ran a certain

12  temperature, and we can put it in auto and then the

13  control would operate the burner and it would adjust it

14  as needed to maintain the temperature.

15     Q.    **Okay.**

16     A.    But it obviously wasn't working right that

17  day.

18     Q.    **All right.**

19     A.    So we had some problems with it.

20     Q.    **So what did you do at this point?**

21     A.    Next it says the discharge temperature also

22  wasn't reading correctly.  And that's where the material

23  drops out of the drum before it takes it up the long

24  conveyer.

25     Q.    **Okay, conveyor belt, okay.**

1    A.    There's a thermocouple there that reads

2    temperature, a thermometer.

3        Q.    Okay.

4        A.    I'll make it easier to say, a thermometer,

5    we call it thermocouple.  It wasn't reading correctly so

6    it said that he moved the probe to a different position.

7        Q.    Okay.  So let's -- let's show the jury

8    another picture and see if that is referring to what you

9    were referring to before.  What is this?

10       A.    This is what we call a thermocouple or

11   thermometer --

12       Q.    Okay.

13       A.    -- here.  And it's got a little sleeve here

14   where it sticks down into the flow of the material.

15       Q.    Now, this is attached to one portion of this

16   plant?

17       A.    This is at the -- do we have another

18   picture that shows -- I'm trying to see if we can get a

19   closer look.  But it's right where the material -- yes.

20   All right.  It would be located here -- this is the drum

21   that's turning.  And the material would come out here and

22   I would imagine the other side, because I can't see from

23   this side.

24       Q.    Okay.

25       A.    On the other side, it would be right into

1    this little chute here, this --

2         Q.   **This is where this thermocouple is located?**

3         A.   Yes, exactly.

4         Q.   **Okay.  So you're having problems with this,**

5    **what, giving a correct reading?**

6         A.   Giving a correct reading.  And by here it

7    says that we moved it to a different position so it

8    would be in the flow of the material better.  So it was

9    probably positioned wrong because, I mean, these things

10   are positioned at the factory in Orlando, then shipped out

11   and sometimes you have to tweak them because they're not

12   into the flow of the material.

13        Q.   **Okay.**

14        A.   So we moved it -- or I had them move it

15   because, you know, we needed someone to weld and torch.

16        Q.   **All right.**

17        A.   I don't do that.

18        Q.   **And just before we get too further along, I**

19   **want to mark the thermocouple here as Number 13 (sic).**

20   **If I can borrow my pen there, thank you.**

21        A.   Okay.

22        Q.   **And then we'll mark as Exhibit 14 the picture**

23   **where you were showing the location of the thermocouple on**

24   **the -- on the plant.**

25        A.   Right.

205

1    Q.    Okay.

2    A.    And that's where it's located.

3    Q.    All right.  Now, who would have made the

4  change on the thermocouple?

5    A.    I would have had someone from the company

6  do it because there -- I was only the Gencor rep there,

7  and like I said, I needed someone -- as you can see on the

8  picture, those burn marks where it was obviously cut and,

9  you know, then torch and weld.

10    Q.    Okay.

11    A.    So someone from-- what's the name of the

12  company -- George Reed would have done that.

13    Q.    Okay.  And again, you don't have any -- the

14  identity of anybody you worked it five and a half years

15  ago?

16    A.    I can't recall.

17    Q.    Okay.  And you don't reference anybody's name

18  in your reports that I see anywhere, do you?

19    A.    No.

20    Q.    Okay.  All right.  So after this was done, it

21  was placed in a different position so you could read the

22  temperature?

23    A.    Right.

24    Q.    All right.  Then what happens?

25    A.    Next, since the Gen 3 would not run in auto,

1    I set up the control and checked the auto control card --

2         Q.    Okay.  And let me ask you --

3         A.    -- and auto tracking card.

4         Q.    I'm sorry.  Let me ask you this, what did you

5    mean when you said the Gen 3 would not run in auto?

6         A.    That's what I was saying is there was a

7    certain temperature the material has to come out of the

8    drum at.  And when you put it in auto, that means the

9    control is doing it, you sit back and you don't have to

10   touch anything because if it's in what we call manual,

11   then you would have to sit there and control a knob and

12   open and close the burner to control the temperature, you

13   know, but you would have to watch the temperature gauge

14   and everything.

15        Q.    Okay.

16        A.    But when it's in auto, it would do it on its

17   own.

18        Q.    Okay, so it wasn't doing that?

19        A.    Right.

20        Q.    So what did you do then?

21        A.    That's when I set up the cards.  I set the

22   control to check the auto control card and auto tracking

23   card during the dry run.

24        Q.    Okay, looks like about the card -- you set up

25   the cards.  If you can show the jury the cards you're

1    referring to, and then here --

2         A.    Here's the one which is the -- no, not --

3         Q.    **Exhibit number --**

4         A.    I guess it's 9.

5         Q.    **It's 9, yes, sir.**

6         A.    So these would be the cards there.  These

7    cards are, one would be the auto control card and one

8    would be what I call the auto tracking card.

9         Q.    **Okay.**

10        A.    Here is the auto tracking card, I don't

11   recall which is which.

12        Q.    **So when you say you set up the control to**

13   **check the auto -- central control or card and the auto**

14   **tracking card --**

15        A.    Uh-huh.

16        Q.    **-- What are you actually talking about, what**

17   **are you doing?**

18        A.    There is a procedure.

19        Q.    **Okay.**

20        A.    Part of that Gen control 3 procedure that

21   tells you to go in, and what you'll do -- and you see like

22   these knobs here?

23        Q.    **Yes.**

24        A.    And these little blue --

25        Q.    **Okay.**

1   A.   Those are what they call potentiometers.

2   Q.   **Let me show them getting on the film-- okay,**

3   **yes, go on.**

4   A.   And there is actually a little screw on the

5   side of these here.  And we'll take a little screwdriver

6   and we'll adjust them.  And I have a meter, a multimeter

7   taking readings, voltage readings, things like that, and

8   there are certain parameters there at certain points they

9   have to be in.  So that's what I mean when I say setting

10  them up.

11  Q.   **Okay.  And that's what you were doing?**

12  A.   Right.

13  Q.   **Okay, and then auto tracking card, then a dry**

14  **run?**

15  A.   Right.

16  Q.   **What's a dry run?**

17  A.   Dry run is when we are checking this burner

18  control, but with nothing -- nothing, as in dry, means no

19  asphalt running, no liquids, no nothing, right.

20  Q.   **Electricity?**

21  A.   Yes, you have to have electricity.

22  Q.   **Okay.**

23  A.   Right.

24  Q.   **Just to understand, but there's nothing**

25  **running through the machine?**

1    A.    Right.

2    Q.    **Okay, tell the jury how you do and set up a**

3    **dry run on this machine.**

4    A.    I can't remember completely to a point

5    because, you know, there's a procedure that we go by.

6    Q.    **So there's a procedure you were following?**

7    A.    Right, it's called the Gen 3 procedure, they

8    have a dry run procedure or actual dry run procedure.

9    Q.    **Okay.  And would you follow that?**

10   A.    Yes.

11   Q.    **Did you follow it?**

12   A.    Yes.

13   Q.    **Okay.**

14   A.    And we'd follow that so long.

15   Q.    **All right.  Tell us as best you can, what you**

16   **would do on dry run procedure, please.**

17   A.    What I can recall, in dry run procedure you

18   would still, you would jumper -- well, this is sort of --

19   see if I have it out.

20   Q.    **All right.  And we are looking at-- I**

21   **apologize, exhibits in the back?**

22   A.    This is Exhibit 10?

23   Q.    **Yes, 10.**

24   A.    10.

25   Q.    **And 11, okay.**

1    A.    10 and 11.

2    **Q.    All right.**

3    A.    Okay.  We would disconnect this wire here,

4    this is wire 18 for the fuel valves.

5    **Q.    All right.  Tell us how you do that.**

6    A.    You just take a screwdriver, loosen the

7    screw.

8    **Q.    Okay.**

9    A.    And pull it out.

10   **Q.    Pull the wire?**

11   A.    Pull the wire out.

12   **Q.    And that's controlling the fuel valves?**

13   A.    Fuel valves.

14   **Q.    Okay.  And why do you disconnect that when**

15   **you do a dry run?**

16   A.    Because you don't want any fuel coming out

17   because you're going to -- when you do the dry run, you're

18   going to actually actuate the igniters.

19   **Q.    Igniters, all right.  A flame?**

20   A.    A flame.

21   **Q.    So you don't want to have gas there.**

22   A.    Right.

23   **Q.    Okay.**

24   A.    Right, you're going to actuate the spark,

25   you know, I was saying chain sparkler earlier.

211

1      Q.    I see.

2      A.    You're going to actually ignite that, so

3  that's why you disconnect those wires.  And we also put a

4  jumper on 24.

5      Q.    Yes, sir.

6      A.    And I think it's 29, 30?

7      Q.    Yes?

8      A.    So you put a jumper wire here.

9      Q.    So here is number 12, so if you need to

10  refer to that.

11      A.    So what we're doing is we're putting the

12  jumper wire because as you can see, when the fans are

13  running, the switch closes here and the switch closes

14  here.  But we're doing a dry run so no fans are running,

15  as per the procedure.  So what I do is take a jumper wire,

16  which is just a wire with alligator clips on each end, and

17  place one end here for the exhaust fan and one end here on

18  24.

19      Q.    All right.  So looking at the other exhibits,

20  tell us -- the jury what you did.

21      A.    I would clip one lead here, okay, and one

22  lead here.

23      Q.    And what are you doing there?

24      A.    That's bypassing the switch because the fan

25  is running.

1      Q.    Okay.

2      A.    We don't run the fan during a dry run.

3      Q.    Okay.  So it stops the fan from running?

4      A.    No, it doesn't stop the fan from running, it

5   just lets the burner control think that the fan is

6   running.

7      Q.    Okay.

8      A.    All right, otherwise it won't start the

9   igniter.

10     Q.    Okay.

11     A.    So that's 23 and 24, which is the exhaust

12  fan, and we'll do the exact same things for the blower

13  fan.

14     Q.    Okay, which is what numbers?

15     A.    29 and 30.

16     Q.    Okay.

17     A.    You can see it here, 29 and 30?

18     Q.    That's right.

19     A.    Here's a switch and these switches we're

20  talking about are all outside at the fans themselves.

21     Q.    Okay.

22     A.    Okay.

23     Q.    So looking at Exhibit Number 11, that will

24  show you 29 and 30?

25     A.    Right, and they will do the exact same thing

1    as 23 and 24, a jumper wire here at one end, the other one

2    here.

3         **Q.    And that's for the burner blower?**

4         A.    That's for the burner blowers, that's to

5    control -- makes the controller think that the burner

6    blower's running.

7         **Q.    Okay, not talk about the jumper wires, who**

8    **provided those, you?**

9         A.    Yeah, we get them -- Radio Shack or --

10        **Q.    Okay.**

11        A.    Wherever you get it from.

12        **Q.    And how long are these jumper wires?**

13        A.    You know, five, six inches long.

14        **Q.    Okay.  And you said alligator clip?**

15        A.    Right.

16        **Q.    I think a lot of people know what that is,**

17   **but for someone who does not know in the jury --**

18        A.    -- It's -- let's see, the best I can explain

19   -- just a little clip that you squeeze and has like

20   little jagged teeth on it.  And you squeeze it to open it

21   and it will just, when you release it, it clamps, sort of,

22   to have a nice secured connection so it won't fall off.

23        **Q.    So you would attach it to the screw?**

24        A.    Right, you would attach it on to the screw.

25        **Q.    Okay.**

214

1    A.    Right.

2    Q.    **All right, okay.  And at that point what**

3    **is happening once you've done the jumper wires on 23 and**

4    **24 and 29 and 30 and you've disconnected 18 for the fuel**

5    **valve?**

6    A.    We then should have a ready light on the

7    burner control.

8    Q.    **Okay.**

9    A.    Now on top, see, you have lights here.

10   Q.    **Okay.  Exhibit number what, sir?**

11   A.    This is Exhibit 4.

12   Q.    **Thank you.**

13   A.    And you have to have a certain -- certain

14   lights you have to have on before you can ignite, before

15   the igniters will work, And one will be -- when you get

16   the exhaust fan or the burner blower fans working, these

17   light will come on, okay?  And once those lights come on,

18   you get what they call a ready light that means you can

19   light the burner.

20   Q.    **Okay.**

21   A.    So that's why we put the jumpers in because

22   the fans are not working, and that's why the procedure to

23   put those jumpers in.

24   Q.    **Now, when you've taken and unplugged number**

25   **18 from the gas valve --**

215

1    A.    Okay.

2    Q.    -- are you required to go out to the main gas

3    valve and shut if off manually?

4    A.    As far as I can remember, the procedure

5    doesn't tell you to do that.

6    Q.    Does not tell you?

7    A.    Does not.

8    Q.    Okay.

9    A.    All right.

10   Q.    So at this point in time you've followed

11   protocol?

12   A.    Yes.

13   Q.    All your procedures?

14   A.    Yes.

15   Q.    Okay, and you've done this before?

16   A.    Yes.

17   Q.    On other plants?

18   A.    Yes.

19   Q.    Same way?

20   A.    Same way.

21   Q.    Okay.  All right.  This brings us back down

22   to your report.

23   A.    Yes.

24   Q.    Okay.

25   A.    It says, no fans or pumps were running in

240

1    Reed Basic Resources?

2         A.    No.

3         Q.    That's totally outside what you did?

4         A.    Correct.

5         Q.    All right.  And it's my understanding, and

6    tell me if I'm wrong, that Gencor would sell these parts

7    to a purchaser like Basic Resources or George Reed,

8    somebody would put it together and then if there were

9    problems that needed to be handled, troubleshot, you

10   would come out to handle it; is that fair?

11        A.    Sometimes I would do that in that manner.

12   But then sometimes, like here for example, they would

13   buy the equipment and then we would come out to do the

14   start-up.  Not that there was a problem, it's just that

15   it was new equipment and it needed to be started up.

16        Q.    Okay, so was this plant essentially

17   completely built and you were coming out to do the

18   start-up?

19        A.    Right.

20        Q.    Okay.  I've got marked as Exhibit Number 16

21   a service call report from John Craigo that's dated April

22   the 6th, 2001, and I'm interested to find out if you'd

23   have -- you have ever seen that document before.

24        A.    I can't say that I have for a fact.

25        Q.    Take a quick look and familiarize yourself