# EXHIBIT "6"

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

CASE NO.: 04-CA-007746
DIVISION: 32
COMPLEX BUSINESS
LITIGATION COURT

FIREMAN'S FUND INSURANCE COMPANY, a
Foreign corporation a/s/o BASIC RESOURCES, INC.
and GEORGE REED, INC., a foreign corporation,

    Plaintiff,

vs.

GENCOR INDUSTRIES, INC., a foreign corporation,

    Defendant.

_____/

**VERDICT**

WE, THE JURY, return the following verdict:

1. Did Defendant, GENCOR INDUSTRIES, INC. breach the contract with BASIC RESOURCES, INC. and/or GEORGE REED, INC. causing damage to BASIC RESOURCES and/or GEORGE REED, INC.?

    Yes ✓    No _____

Please answer Question #2.

2. Was there negligence on the part of the Defendant, GENCOR INDUSTRIES, INC. which was a legal cause of damage to BASIC RESOURCES and/or GEORGE REED, INC.?

    Yes ✓    No _____

[Handwritten annotations in right margin: "Out @ 1:20", "3:20 - (coffee?) w/calc", "3:27 -", "Calculator", "3:52 - ⬅", "⮕ what's line 5(b)? #5?", "Verdict @ 4:25"]

If your answer to Questions #1 **AND** #2 are "NO", your verdict is for the Defendant, and you should not proceed further except to date and sign this verdict form and return it to the courtroom. If your answer to Question #2 is "YES", please answer Question #3. If your answer to Question #1 is "YES", but your answer to Question #2 is "NO", please answer Question #5.

3. Was there negligence on the part of BASIC RESOURCES, INC. and/or GEORGE REED, INC., which was a legal cause of their damage?

    Yes __✓__ No _____

If your answer to Question #3 is "YES", please answer Question #4. If your answer to Question #3 is "NO", please skip Question #4 and answer Question #5.

4. State the percentage of any negligence, which was a legal cause of damage to BASIC RESOURCES, INC. and/or GEORGE REED, INC. that you charge to GENCOR INDUSTRIES, INC.

    Gencor Industries, Inc.                              __60__ %
    Basic Resources, Inc./George Reed, Inc.              __40__ %

    Total must be 100%.

If your answer to question #1 **OR** #2 is "YES", please answer Question #5.

5.  What is the total amount (100%) of any damages sustained by BASIC RESOURCES, INC. and/or GEORGE REED, INC. and caused by the incident in question?

    (a) Physical damage to property   $ 959,787 — 575,872 // 12/1

    (b) Lost profits   $ 64,322 — 38,593

    (c) Additional expenses   140,422 { $ 169,716 — 101,829

Total damages of BASIC RESOURCES, INC. and/or GEORGE REED, INC. (please add lines 5(a), 5(b) and 5(c)).   202,207   $ 1,193,825   716,194

In determining the total amount of damages, do not make any reduction because of the negligence, if any of BASIC RESOURCES, INC. and/or GEORGE REED, INC. If you have found BASIC RESOURCES, INC. and/or GEORGE REED, INC. negligent in any degree, the Court in entering judgment will reduce Plaintiff's total amount of damages (100%) by the percentage of negligence which you found is chargeable  BASIC RESOURCES, INC. and/or GEORGE REED, INC.

SO SAY WE ALL this 26th day of January, 2007.

_____
FOREMAN/FOREWOMAN