Jon D. Derrevere, Esquire (FBN: 330132)
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
561-684-3222
*Pro Hac Vice*

CHARLES K. BRUNN (CBN: 28021)
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354

Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation a/s/o BASIC RESOURCES, INC.
and GEORGE REED, INC., a foreign corporation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO.  C 07 06302 CRB<br><br>NOTICE OF MOTION: PLAINTIFF'S MOTION FOR FINAL SUMMARY JUDGMENT (D.E. 58) PREVIOUSLY NOTICED IN WRITING ON THE MOTION CALENDAR OF THE PRESIDING JUDGE AND SET FOR HEARING BY ORDER OF THE COURT (D.E. 30) [F.R.C.P. 56]<br><br>Hearing Date:  August 8, 2008<br>Time:          10:00 a.m.<br>Courtroom:     8 |

**TO: THE HONORABLE COURT AND TO DEFENDANT AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, as Ordered (D.E. 30) August 8, 2008 at 10:00 a.m. or as soon thereafter the matter may be heard in Courtroom 8 before the Honorable Charles R. Breyer at the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94012, Plaintiff FIREMAN'S FUND INSURANCE COMPANY a/s/o BASIC RESOURCES, INC. and

GEORGE REED, INC. ("FFIC") will move this Court for an Order granting its Motion for Final Summary Judgment and enter Final Summary Judgment in favor of FFIC and against Defendant, GERLING AMERICA INSURANCE COMPANY ("GERLING") in accordance with the full "Relief Sought" (D.E. 58).

FFIC makes this Motion pursuant to Federal Rule of Civil Procedure 56, Civil L.R. 7-1 through 7.5, inclusive, as well as the legal authorities cited in the Motion (D.E. 58). In support of this Motion, FFIC has filed true copies of the GENCOR contract, trial transcripts and other relevant court records from the Underlying State Court Action, See: D.E. 36-1, with Exhibits; 49-2, with Exhibits; 56-2 with Exhibits; and 29-1, 29-2, 29-3 ("Tr. Tr."). FFIC also relies upon matters already of record as offered in support of FFIC's Response and Cross Motion for Judgment on the Pleadings and for all other Purposes and certain discovery responses filed herein. D.E. 36, 36-1; 36-2. GERLING admits: (1) that the Policy attached as Exhibit 1 to the Fourth Amended Complaint is a true and correct copy of the Policy in effect at the time of the explosion which gave rise to the Underlying State Court Action D.E. 31; (2) that GERLING insured the underlying Defendant, GENCOR INDUSTRIES, INC. ("GENCOR") pursuant to the policy; (3) that GERLING defended GENCOR pursuant to that policy but with "an express reservation of rights; (4) that a jury returned a verdict in favor of FFIC determining that GENCOR breached its contract with BASIC RESOURCES and GEORGE REED (FFIC Insureds); and (5) that GENCOR was 60% negligent and BASIC RESOURCES and GEORGE REED were 40% negligent for the explosion." D.E. 31, ¶ 4-12. Judgments have been entered in favor of FFIC against GENCOR for $1,751,913.10 (comprising $959,787.00 for physical damage to property, $64,322.00 for lost profits and $169,716.00 for additional expense along with $558,088.15 for pre-judgment interest) and $42,000.00 for costs. D.E. 29; 29-2; 29-3. FFIC has demanded payment for all of the foregoing

NOTICE OF MOTION: PLAINTIFF'S MOTION FOR FINAL SUMMARY JUDGMENT (D.E. 58) PREVIOUSLY NOTICED IN WRITING ON THE MOTION CALENDAR OF THE PRESIDING JUDGE AND SET FOR HEARING BY ORDER OF THE COURT (D.E. 30) [F.R.C.P. 56]

sums "covered" under GERLING's policy in addition to post Judgment interest at 11% per year as provided in F.S. § 55.03 (D.E. 29).

The Court has previously determined that GENCOR is "legally obligated" to pay the damages awarded to FFIC notwithstanding that the Final Judgments are "non personam" (D.E. 29-2, 29-3). FFIC has legal standing to bring this insurance coverage dispute in its capacity as a Judgment Creditor of GERLING's insured and an intended third party beneficiary to insurance benefits for property damages and supplementary payments pursuant to and in accordance with the terms of the subject GERLING policy, coverage for which is provided thereunder and for which no exclusion applies.

DATED: __8th__ DAY OF __July__ 2008.

By:  */s/ Jon D. Derrevere*
JON D. DERREVERE
Fla. Bar No.: 330132
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
jdd@derreverelaw.com

*Admitted Pro Hac Vice*
Counsel for Plaintiff


CHARLES K. BRUNN
CBN: 28021
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Email: CBrunn@Brunn-Flynn.com

Co-counsel for Plaintiff

NOTICE OF MOTION: PLAINTIFF'S MOTION FOR FINAL SUMMARY JUDGMENT (D.E. 58) PREVIOUSLY NOTICED IN WRITING ON THE MOTION CALENDAR OF THE PRESIDING JUDGE AND SET FOR HEARING BY ORDER OF THE COURT (D.E. 30) [F.R.C.P. 56]

## PROOF OF SERVICE

*Fireman's Fund Ins. Co. v. Gerling American Ins.*

United States District Court, Northern District of California

Case No.: C 07 06302 CRB

I am employed in the City and County of West Palm Beach, State of Florida. I am over the age of 18 and not a party to the within action; my business address is: Derrevere, Hawkes & Black, 470 Columbia Drive, Building "B", West Palm Beach, Florida 33409.

On _July 8th_, 2008, I served the foregoing document(s) described as:

**NOTICE OF MOTION: PLAINTIFF'S MOTION FOR FINAL SUMMARY JUDGMENT (D.E. 58) PREVIOUSLY NOTICED IN WRITING ON THE MOTION CALENDAR OF THE PRESIDING JUDGE AND SET FOR HEARING BY ORDER OF THE COURT (D.E. 30) [F.R.C.P. 56]**

On the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in a sealed enveloped addressed as stated below:

**[ ] BY REGULAR MAIL:**

I caused such envelopes to be deposited in the United States Mail at West Palm Beach, Florida with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

**[X] BY ECF:**

I HEREBY CERTIFY that on this _8th_ day of _July_, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on: TINO X. DO, Barger & Wolen, LLP, 650 California Street, 9th Floor, San Francisco, CA 94108, tdo@barwol.com and CHARLES K. BRUNN, Brunn & Flynn, 928 12th Street, Suite 200, P.O. Box 3366, Modesto, CA 95354, CBrunn@Brunn-Flynn.com via transmission of Notices of Electronic Filing generated by CM/ECF.

**[X] FEDERAL** - I declare that I am employed in the office of a member of the Florida Bar, admitted to practice in all Florida Courts and who makes this Pro Hac Vice Application, that our co-counsel and sponsor is a member of the bar of this California Court, and at their direction this service was made. Executed at West Palm Beach, Florida on _July 8th_, 2008.

NAME: *Deanna N. Menendez*     Signature: *Deanna N. Menendez*