IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INS., | No. C 07-06302 CRB |
| Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER** |
| v. | |
| GERLING AMERICAN INS., | |
| Defendant. | |

Defendant's motion for leave to file a second amended answer is GRANTED. Even assuming that granting the motion would affect the Court's analysis of Plaintiff's motion to compel, it could only do so by <u>limiting</u> the amount of discovery Plaintiff must conduct. Although amendments that necessitate additional discovery can cause prejudice – depending on the stage of the litigation – amendments that streamline the issues do not result in the kind of "prejudice" envisioned by <u>Forman v. Davis</u>, 371 U.S. 178, 182 (1962).

**IT IS SO ORDERED.**

Dated: July 11, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\6302\Amended Answer Order.wpd