# EXHIBIT 1

Case 3:07-cv-06302-CRB   Document 79-2   Filed 07/16/2008   Page 1 of 5

## BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

TINO X. DO
(415) 743-3712
tdo@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
29218.011

June 24, 2008

**VIA ELECTRONIC MAIL AND U.S. MAIL**

Jon D. Derrevere, Esq.
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, Florida 33409
561-684-3222

Re: *Fireman's Fund Insurance Company v. Gerling America Insurance Company*,
U.S. District Court for the Northern District of California,
Case No.: 3:07-cv-06302-CRB

Dear Jon:

This letter addresses FFIC's pending motion to compel. FFIC has moved, in part, to compel Gerling to produce all documents related to claims paid by Gerling on behalf of Gencor Industries, Inc. FFIC's main argument to compel is that Gerling has asserted exhaustion of policy limit as an affirmative defense. To attempt to resolve this particular issue prior to the scheduled hearing on August 6, 2008, Gerling is willing to dismiss its affirmative defense on exhaustion.

Enclosed for your review is Gerling's proposed Second Amended Answer to Plaintiff's Fourth Amended Complaint that no longer contains the affirmative defense at issue. Also enclosed is a stipulation for leave for Gerling to file its Second Amended Answer. Please let us know if you agree to this stipulation, and we will file both the stipulation and Second Amended Answer. If you do not agree to the stipulation, we will file a motion for leave to file the Second Amended Answer. If we do not hear from you by Thursday, June 26, 2008, we will assume that you do not agree to the stipulation and will act accordingly.

BARGER & WOLEN LLP

Jon D. Derrevere, Esq.
June 24, 2008
Page 2

Thank you.

Very truly yours,

TINO X. DO
For the Firm

Enclosures

j:\office2\29218\011\08letters\derrevere 0613 txd.doc

| | |
|---|---|
| 1 | Thomas R. Beer (148175), tbeer@barwol.com |
| | Tino X. Do (221346), tdo@barwol.com |
| 2 | BARGER & WOLEN LLP |
| | 650 California Street, 9th Floor |
| 3 | San Francisco, California 94108-2713 |
| | Telephone: (415) 434-2800 |
| 4 | Facsimile: (415) 434-2533 |
| 5 | Attorneys for Defendant |
| | GERLING AMERICA INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation, | CASE NO.: 3:07-cv-06302-CRB |
| Plaintiff, | **STIPULATION FOR FILING OF SECOND AMENDED ANSWER** |
| vs. | **Honorable Charles R. Breyer** |
| GERLING AMERICA INSURANCE COMPANY, a foreign corporation, | |
| Defendant. | |

j:\office2\29218\011\08pleadings\stip re 2d amended answer.doc

JOINT STIPULATION
3:07-CV-06302-CRB

1  Plaintiff FIREMAN'S FUND INSURANCE COMPANY and Defendant GERLING
2  AMERICA INSURANCE COMPANY, by and through their counsel, hereby stipulate that
3  Defendant may file a Second Amended Answer, a copy of which is attached hereto.
4  IT IS SO STIPULATED.

6  Dated: June __, 2008          BARGER & WOLEN LLP

8                                 By:_____
                                     Thomas R. Beer, Esq.
9                                    Tino X. Do, Esq.
                                     Attorneys for Defendant GERLING
10                                   AMERICA INSURANCE COMPANY

12 Dated: June __, 2008          DERREVERE, HAWKES & BLACK

14                                By:_____
                                     Jon D. Derrevere, Esq.
15                                   Attorneys for Plaintiff FIREMAN'S FUND
                                     INSURANCE COMPANY

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
JOINT STIPULATION
3:07-CV-06302-CRB