EXHIBIT 3

1  Thomas R. Beer (148175), tbeer@barwol.com
   Tino X. Do (221346), tdo@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108-2713
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533

5  Attorneys for Defendant
   HDI-GERLING AMERICA INSURANCE COMPANY

6

7              UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9

10 FIREMAN'S FUND INSURANCE          )   CASE NO.: 3:07-cv-06302-CRB
   COMPANY, a foreign corporation a/s/o )
11 BASIC RESOURCES, INC. and GEORGE  )   **DEFENDANT GERLING AMERICA**
   REED, INC., a foreign corporation, )   **INSURANCE COMPANY'S NOTICE OF**
12                                    )   **MOTION AND MOTION FOR LEAVE OF**
                                      )   **COURT TO FILE SECOND AMENDED**
          Plaintiff,                  )   **COMPLAINT [F.R.C.P 15(a)(2)]**
13                                    )
      vs.                             )
14                                    )   Date:      August 1, 2008
   GERLING AMERICA INSURANCE          )   Time:      10:00 a.m.
15 COMPANY, a foreign corporation,    )   Courtroom: 8
                                      )
16        Defendant.                  )
                                      )
17 ─────────────────────────────────  )

18

19        TO THE HONORABLE COURT AND TO PLAINTIFF AND ITS COUNSEL OF

20 RECORD:

21        PLEASE TAKE NOTE THAT, on August 1, 2008, at 10:00 a.m., or as soon thereafter as

22 the matter may be heard in Courtroom 8 before the Honorable Judge Charles R. Breyer at the

23 above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94012,

24 Defendant Gerling America Insurance Company will and hereby do move this Court as follows:

25        For an order granting Defendant Gerling leave to file its Second Amended Answer.

26

27

28

j:\office2\29218\011\08pleadings\mtn for leave to file 2d amended answer.doc

Defendant Gerling's Motion for Leave of Court to File Second Amended Answer
3:07-cv-06302-CRB

1    This motion is based on the Notice of Motion, Memorandum of Points and Authorities filed

2  herewith, the Declaration of Tino X. Do, the pleadings and papers filed herein, the pleadings and

3  records in this case, and such other matters as the Court may deem appropriate.

4

5  Dated:  June 27, 2008                          BARGER & WOLEN LLP

6

7                                          By:        /s/ Tino Do
                                              THOMAS R. BEER
8                                              TINO X. DO
                                              Attorneys for Defendant GERLING
9                                              AMERICA INSURANCE COMPANY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant Gerling's Motion for Leave of Court to File Second Amended Answer
3:07-cv-06302-CRB

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

MEMORANDUM OF POINTS AND AUTHORITIES

## 1.  INTRODUCTION

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Defendant Gerling America Insurance Company ("Gerling") moves this Court for leave to file its Second Amended Answer.

## 2.  ARGUMENT

### A.  Plaintiff Will Not Suffer Any Prejudice With the Filing of This Amended Answer

Federal Rule of Civil Procedure 15(a)(2) provides that leave to amend should be freely given "when justice so requires." Federal policy strongly favors determination of cases on their merits, and leave to amend pleadings is freely given unless the opposing party makes a showing of undue prejudice, or bad faith or dilatory motive on the part of the moving party. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

In this case, Gerling's only amendments to its Answer is the withdraw of the affirmative defenses of "Damage to Your Property Exclusion" and "Exhaustion of Policy Limits." Amendment is necessary because Gerling has determined that these affirmative defenses are not applicable to the claims at issue in this case. Given that this amendment only means that Plaintiff Fireman's Fund Insurance Company ("FFIC") has two less affirmative defenses to overcome, FFIC cannot claim prejudice, bad faith or dilatory motive with this amendment. Additionally, the issue of futility of amendment is not applicable in this situation where the amendment simply withdraws affirmative defenses.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1

**3.    CONCLUSION**

2    For the foregoing reasons, Gerling respectfully requests that the Court grant Gerling leave to

3    file its Second Amended Answer.

4    Dated:  June 27, 2008                          BARGER & WOLEN LLP

5

6                                                   By:    /s/ Tino X. Do
                                                          _____
7                                                   THOMAS R. BEER
                                                    TINO X. DO
8                                                   Attorneys for Defendant GERLING
                                                    AMERICA INSURANCE COMPANY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

**Motions**
3:07-cv-06302-CRB Fireman's Fund Insurance Company et al v. Gerling America Insurance
Company
ADRMOP, E-Filing, REFDISC

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email
the Help Desk by replying to this message; include your question or comment along with the original
text.

Please note that these Notices are sent for all cases in the system when any case activity occurs,
regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an
electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed
document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no
hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Do, Tino entered on 6/27/2008 12:38 PM and filed on
6/27/2008
**Case Name:**        Fireman's Fund Insurance Company et al v. Gerling America Insurance Company
**Case Number:**      3:07-cv-6302
**Filer:**            Gerling America Insurance Company
**Document Number:** 52

**Docket Text:**
**MOTION for Leave to File *GERLING AMERICA INSURANCE COMPANY'S NOTICE OF
MOTION AND MOTION FOR LEAVE OF COURT TO FILE SECOND AMENDED
COMPLAINT [F.R.C.P. 15(a)(2)]* filed by Gerling America Insurance Company. Motion
Hearing set for 8/1/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Do, Tino)
(Filed on 6/27/2008)**

**3:07-cv-6302 Notice has been electronically mailed to:**

Thomas R. Beer    tbeer@barwol.com, jlee@barwol.com, mbatres@barwol.com, tdo@barwol.com,
ynesbitt@barwol.com

Charles Kenneth Brunn    cbrunn@brunn-flynn.com

Jon Dale Derrevere    jdd@derreverelaw.com

Tino Xuan Do    tdo@barwol.com

Shirley Jean McEachern    shirleyjean33409@aol.com

**3:07-cv-6302 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**J:\office2\29218\011\08 PDF\Gerling America Insurance Company's Notice of Motion and Motion for Leave of Court to File Seocnd Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=6/27/2008] [FileNumber=4494533-0] [aa6ca1e8b4cd075ca21be1ecb672294a1fd0fa59f9febdd0e5aa0c35094e709d4ecb0 9cd6077e44eb98633d5ad0c4ef32db81f4b0ee6fcf11ccfda31b9c6d3b1]]

1  Thomas R. Beer (148175), tbeer@barwol.com
   Tino X. Do (221346), tdo@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108-2713
   Telephone: (415) 434-2800
4  Facsimile: (415) 434-2533

5  Attorneys for Defendant
   GERLING AMERICA INSURANCE COMPANY
6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10 FIREMAN'S FUND INSURANCE          )  CASE NO.: 3:07-cv-06302-CRB
   COMPANY, a foreign corporation a/s/o  )
11 BASIC RESOURCES, INC. and GEORGE  )  **DEFENDANT GERLING AMERICA**
   REED, INC., a foreign corporation,  )  **INSURANCE COMPANY'S SECOND**
12                                    )  **AMENDED ANSWER TO PLAINTIFF'S**
              Plaintiff,             )  **FOURTH AMENDED COMPLAINT**
13                                    )
       vs.                           )
14                                    )
   GERLING AMERICA INSURANCE         )
15 COMPANY, a foreign corporation,    )
                                      )
16            Defendant.             )
                                      )
17 _____)

18

19        Defendant Gerling America Insurance Company ("Gerling") responds to Plaintiff's Fourth

20 Amended Complaint at follows:

21        1.      Answering paragraph 1 of the Fourth Amended Complaint, Gerling is informed and

22 believes, and on such basis admits that Plaintiff Fireman's Fund Insurance Company ("FFIC") is a

23 California insurance corporation, that FFIC is registered throughout the States, and that FFIC is

24 authorized to conduct business in the State of California.

25        2.      Answering paragraph 2 of the Fourth Amended Complaint, Gerling is informed and

26 believes, and on such basis admits that FFIC insured Basic Resources and George Reed, California

27 corporations.  Except as admitted, Gerling lacks sufficient information or belief to admit or deny

28 such allegations and, on that basis, denies all of them.

j:\office2\29218\011\08pleadings\2nd amended answer to 4th amended complaint.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

DEFENDANT SECOND AMENDED ANSWER TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
CASE NO.: 3:07-CV-06302-CRB

1    3.    Answering paragraph 3 of the Fourth Amended Complaint, Gerling is informed and

2    believes, and on such basis admits that FFIC made payment to Basic Resources and George Reed

3    with respect to a claim for property damage due to an explosion of a 12,000 pound Stationary

4    Asphalt Batch Plant ("Plant"). All other allegations in paragraph 3 are legal not factual and

5    therefore no response is required, or are denied.

6    4.    Answering paragraph 4 of the Fourth Amended Complaint, Gerling admits that it is

7    an insurance company existing under the laws of the State of New York, that it is registered with the

8    California Department of Insurance, and that it insures Gencor Industries, Inc. ("Gencor") under a

9    Commercial Lines Policy, policy number 4003-527-GLP ("Gerling Policy").

10    5.    Answering paragraph 5 of the Fourth Amended Complaint, Gerling admits that this

11    Court has original diversity jurisdiction of this matter pursuant to 28 U.S.C. § 1332.

12    6.    Answering paragraph 6 of the Fourth Amended Complaint, Gerling admits that

13    venue is proper in this Court.

14    7.    Answering paragraph 7 of the Fourth Amended Complaint, Gerling is informed and

15    believes, and on such basis admits that in February 2000, Gencor entered into a written contract

16    with Basic Resources and George Reed for the purchase of the Plant.

17    8.    Answering paragraph 8 of the Fourth Amended Complaint, Gerling is informed and

18    believes, and on such basis admits that Gencor sold the Plant to Basic Resources and George Reed

19    for $1,989,679.00 and provided technical services including "start-up" for operation of the Plant.

20    9.    Answering paragraph 9 of the Fourth Amended Complaint, Gerling is informed and

21    believes, and on such basis admits that the Plant exploded.

22    10.    Answering paragraph 10 of the Fourth Amended Complaint, Gerling lacks sufficient

23    information or belief to admit or deny such allegations and, on that basis, denies all of them.

24    11.    Answering paragraph 11 of the Fourth Amended Complaint, Gerling admits that

25    FFIC sued Gencor in a Florida state court.

26    12.    Answering paragraph 12 of the Fourth Amended Complaint, Gerling alleges that it

27    defended Gencor in the state court action pursuant to an express reservation of rights, and that,

28

DEFENDANT'S SECOND AMENDED ANSWER TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
CASE NO.: 3:07-CV-06302-CRB

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1  following trial, a jury returned its verdict in favor of FFIC determining that Gencor breached its

2  contract with Basic Resources and George Reed and that Gencor was 60% negligent and Basic

3  Resources and George Reed were 40% negligent for the explosion.

4      13.   Answering paragraph 13 of the Fourth Amended Complaint, Gerling alleges that a

5  *non in personam* Amended Final Judgment was entered in favor of FFIC in the amount of

6  $1,751,913.10, and that this was judgment cannot be personally executed against Gencor.

7      14.   Answering paragraph 14 of the Fourth Amended Complaint, Gerling alleges a *non in*

8  *personam* Final Judgment awarding costs in the amount of $42,000 was entered in the state court

9  action, and that this judgment cannot be personally executed against Gencor.

10     15.   Answering paragraph 15 of the Fourth Amended Complaint, Gerling admits that it

11  has denied FFIC's claims for coverage under the Gerling Policy.  Except as admitted, Gerling

12  denies such allegations.

13     16.   Answering paragraph 16 of the Fourth Amended Complaint, Gerling denies all such

14  allegations.

15     17.   Answering paragraph 17 of the Fourth Amended Complaint, Gerling admits that the

16  law of the State of Florida applies to the interpretation of the terms of the Gerling Policy in this

17  action.

18     18.   Answering paragraph 18 of the Fourth Amended Complaint, Gerling denies all such

19  allegations.

20              **COUNT I – DECLARATORY RELIEF**

21     19.   Answering paragraph 19 of the Fourth Amended Complaint, Gerling incorporates by

22  reference paragraphs 1-18 of this Answer.

23     20.   Answering paragraph 20 of the Fourth Amended Complaint, Gerling denies all such

24  allegations.  Gerling specifically denies that it has any duty to satisfy the Amended Final Judgment.

25     21.   Answering paragraph 21 of the Fourth Amended Complaint, Gerling denies all such

26  allegations.

27

28
                                    -3- .
              DEFENDANT'S SECOND AMENDED ANSWER TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
                            CASE NO.:  3:07-CV-06302-CRB

1    22.    Answering paragraph 22 of the Fourth Amended Complaint, Gerling denies all such
2    allegations.

3    23.    Answering paragraph 23 of the Fourth Amended Complaint, Gerling denies all such
4    allegations.

5    ## COUNT II – BREACH OF CONTRACT

6    24.    Answering paragraph 24 of the Fourth Amended Complaint, Gerling incorporates by
7    reference paragraphs 1-23 of this Answer.

8    25.    Answering paragraph 25 of the Fourth Amended Complaint, Gerling denies all such
9    allegations.  Gerling specifically denies that it has any duty to satisfy the Amended Final Judgment.

10    26.    Answering paragraph 26 of the Fourth Amended Complaint, Gerling denies all such
11    allegations.

12    27.    Answering paragraph 27 of the Fourth Amended Complaint, Gerling denies all such
13    allegations.

14    28.    Answering paragraph 28 of the Fourth Amended Complaint, Gerling denies all such
15    allegations.

16    ## AFFIRMATIVE DEFENSES

17    ### FIRST AFFIRMATIVE DEFENSE

18    ### (Failure to State Claim)

19    1.    The Fourth Amended Complaint and all claims for relief therein fail to state facts
20    sufficient to state a claim against Gerling.

21    ### SECOND AFFIRMATIVE DEFENSE

22    ### (Lack of Standing)

23    2.    FFIC lacks standing to assert a claim for coverage under the Gerling Policy.

24    ### THIRD AFFIRMATIVE DEFENSE

25    ### (No Coverage)

26    3.    The Gerling Policy does not provide coverage for the loss and damages claimed by
27    FFIC.

28

-4-
DEFENDANT'S SECOND AMENDED ANSWER TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
CASE NO.: 3:07-CV-06302-CRB

**FOURTH AFFIRMATIVE DEFENSE**

**(No Coverage for Underlying State Court Action)**

4.      The Gerling Policy does not provide coverage for the alleged losses claimed in the underlying state court action by reason of the policy's terms, conditions, defenses and exclusions.

**FIFTH AFFIRMATIVE DEFENSE**

**(Condition Precedent to Coverage)**

5.      FFIC fails to meet one or more of the conditions precedent to coverage under the Gerling Policy with respect to the claims alleged in the Fourth Amended Complaint.

**SIXTH AFFIRMATIVE DEFENSE**

**(*Non In Personam* Judgment)**

6.      The Amended Final Judgment that underlies FFIC's claim for coverage under the Gerling Policy is not "*in personam*" against Gencor and therefore does not provide any right to coverage under the Gerling Policy as Gencor is not "legally obligated to pay" the judgment.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Final Amended Judgment)**

7.      The Amended Final Judgment does not give rights to coverage under the Gerling Policy as a judgment for damages has not been entered against Gencor.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Contractual Liability Exclusion)**

8.      FFIC's claims are barred, in whole or in part, pursuant to the contractual liability exclusion of the Gerling Policy in that the underlying verdict obtained by FFIC as against Gencor is predicated upon a contractual liability allegedly deriving out of Gencor's contract with Basic Resources and George Reed.

**NINTH AFFIRMATIVE DEFENSE**

**(Damage to Your Product Exclusion)**

9.      FFIC's claims are barred, in whole or in part, pursuant to the "Damage to Your Product" exclusion of the Gerling Policy.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

## TENTH AFFIRMATIVE DEFENSE

### (Engineers, Architects or Surveyors Professional Liability Exclusion)

10.  FFIC's claims are barred, in whole or in part, pursuant to the "Engineers, Architects or Surveyors Professional Liability" exclusion of the Gerling Policy as Gencor was allegedly obligated under the written contract with Basic Resources and George Reed to provide adequate field engineering service and the damages claimed allegedly arose out of those services rendered by Gencor employees, thereby excluding coverage.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Damage to Your Work Exclusion)

11.  FFIC's claims are barred, in whole or in part, pursuant to the "Damage to Your Work" exclusion of the Gerling Policy as the installation of the Plant was allegedly completed and damages were from the product itself or from the work performed on the product.

## TWELFTH AFFIRMATIVE DEFENSE

### (Breach of Contract)

13.  FFIC's claims are barred because the Gerling Policy does not provide coverage for a breach of contract by the insured.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Other Insurance Provision)

14.  FFIC's claims are barred, in whole or in part, pursuant to the "Other Insurance" provision of the Gerling Policy.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Right to Raise Additional Defenses)

15.  Gerling reserves its right to raise additional affirmative defenses and to supplement those asserted herein upon discovery of further information and upon further investigation.

WHEREFORE, Gerling prays for judgment as follows:

1.  That FFIC take nothing by reason of the Fourth Amended Complaint;

2.  That the Court enter judgment in favor of Gerling, in all respects; and

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1      3.     That the Court grant Gerling such other and further relief as the Court may deem just

2 and proper.

3

4

5   Dated: June 27, 2008                      BARGER & WOLEN LLP

6

7                                By:    /s/ Tino X.Do

8                                THOMAS R. BEER
                               TINO X. DO

9                                Attorneys for Defendant GERLING
                               AMERICA INSURANCE COMPANY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
660 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

DEFENDANT'S SECOND AMENDED ANSWER TO PLAINTIFF'S FOURTH AMENDED COMPLAINT
CASE NO.: 3:07-CV-06302-CRB

**Other Answers**
3:07-cv-06302-CRB Fireman's Fund Insurance Company et al v. Gerling America Insurance
Company
ADRMOP, E-Filing, REFDISC

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email
the Help Desk by replying to this message; include your question or comment along with the original
text.

Please note that these Notices are sent for all cases in the system when any case activity occurs,
regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an
electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed
document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no
hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from by Do, Tino entered on 6/27/2008 12:47 PM and filed on
6/27/2008
**Case Name:**       Fireman's Fund Insurance Company et al v. Gerling America Insurance Company
**Case Number:**     3:07-cv-6302
**Filer:**           Gerling America Insurance Company
**Document Number:** 54

**Docket Text:**
**AMENDED ANSWER to *GERLING AMERICA INSURANCE COMPANY'S SECOND
AMENDED ANSWER TO PLAINTIFF'S FOURTH AMENDED COMPLAINT* [29] Amended
Complaint, byGerling America Insurance Company. (Do, Tino) (Filed on 6/27/2008)**

**3:07-cv-6302 Notice has been electronically mailed to:**

Thomas R. Beer      tbeer@barwol.com, jlee@barwol.com, mbatres@barwol.com, tdo@barwol.com,
ynesbitt@barwol.com

Charles Kenneth Brunn      cbrunn@brunn-flynn.com

CAND-ECF                                                        Page 2 of 2

Jon Dale Derrevere    jdd@derreverelaw.com

Tino Xuan Do    tdo@barwol.com

Shirley Jean McEachern    shirleyjean33409@aol.com

**3:07-cv-6302 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**J:\office2\29218\011\08 PDF\Gerling America Insurance Company's Second
Amended Answer to Plaintiff's Fourth Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=6/27/2008] [FileNumber=4494612-0]
[b070d17f4e6fae4b14fb626f169507e581c8f2704a8f61b6591d63f172253f34523b6
1c7c4de86255e374abf577b588a4f8b9dcab480f0f889e5fb1357573fac]]