# EXHIBIT 4

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

FIREMAN'S FUND INS.,                          No. C 07-06302 CRB

12                    Plaintiff,               **ORDER GRANTING MOTION FOR
                                               LEAVE TO FILE SECOND
13        v.                                   AMENDED ANSWER**

14   GERLING AMERICAN INS.,

15                    Defendant.
                                        /
16

17        Defendant's motion for leave to file a second amended answer is GRANTED.  Even

18   assuming that granting the motion would affect the Court's analysis of Plaintiff's motion to

19   compel, it could only do so by <u>limiting</u> the amount of discovery Plaintiff must conduct.

20   Although amendments that necessitate additional discovery can cause prejudice – depending

21   on the stage of the litigation – amendments that streamline the issues do not result in the kind

22   of "prejudice" envisioned by <u>Forman v. Davis</u>, 371 U.S. 178, 182 (1962).

23        **IT IS SO ORDERED.**

24

25

26   Dated:  July 11, 2008

                                               CHARLES  R. BREYER
27                                             UNITED STATES DISTRICT JUDGE

28

G:\CRBALL\2007\6302\Amended Answer Order.wpd