# EXHIBIT 5

## BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

TINO X. DO
(415) 743-3712
tdo@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
29218.011

June 5, 2008

**VIA ELECTRONIC MAIL AND U.S. MAIL**

Jon D. Derrevere, Esq.
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, Florida 33409
561-684-3222

Re:   *Fireman's Fund Insurance Company v. Gerling America Insurance Company*,
U.S. District Court for the Northern District of California,
Case No.: 3:07-cv-06302-CRB

Dear Jon:

This correspondence confirms our telephone conversation of June 4, 2008 regarding the letter dated May 14, 2007 drafted by Andrew Spector on behalf of Gerling America Insurance Company addressed to a representative of Gencor Industries, Inc. As we discussed, Mr. Spector incorrectly stated that "Gerling has already made payments of $750,000 on products-completed operations cases relating to damages incurred during the applicable policy period." In actuality, Gerling has paid approximately $770,000 in claims under the Gencor policy since June 1998. During the policy period at issue in this case, June 2000 to June 2001, Gerling has paid $15,000.

Very truly yours,

TINO X. DO
For the Firm

j:\office2\29218\011\08letters\derrevere 0604 txd.doc