IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIREMAN'S FUND INS.,

    Plaintiff,

  v.

GERLING AMERICAN INS.,

    Defendant.

No. C 07-06302 CRB

**ORDER**

    The plaintiff is ordered to file page thirteen (13) of its Opposition to Defendant's Motion for Summary Judgment.

    **IT IS SO ORDERED.**

Dated: July 16, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\6302\Briefing Order2.wpd