```
 1  Jon D. Derrevere, Esquire (FBN: 330132)
    Derrevere, Hawkes & Black
 2  470 Columbia Drive, Bldg B
    West Palm Beach, FL 33409
 3  561-684-3222
    Pro Hac Vice
 4
    CHARLES K. BRUNN (CBN: 28021)
 5  BRUNN & FLYNN
    928 12th Street, Suite 200
 6  P.O. Box 3366 (95353)
    Modesto, California 95354
 7
 8
    Attorneys for Plaintiff
 9  FIREMAN'S FUND INSURANCE COMPANY,
    a foreign corporation a/s/o BASIC RESOURCES, INC.
10  and GEORGE REED, INC., a foreign corporation
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO.  C 07 06302 CRB<br><br>**PLAINTIFF'S NOTICE OF FILING PAGE THIRTEEN (13) OF ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT PURSUANT TO ORDER [D.E. 80] DATED JULY 16, 2008** |

Plaintiff, FIREMAN'S FUND INSURANCE COMPANY ("FFIC") a/s/o BASIC RESOURCES, INC. ("BASIC RESOURCES") and GEORGE REED, INC. ("GEORGE REED") by and through undersigned counsel and pursuant to Judge Breyer's July 16, 2008 Order [D.E. 80] hereby files Page Thirteen (13) of its Opposition to Defendant's Motion for Summary Judgment.

**DATED**: 17th DAY OF July 2008.

PLAINTIFF'S NOTICE OF FILING PAGE THIRTEEN (13) OF ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT PURSUANT TO ORDER [D.E. 80] DATED JULY 16, 2008

By: */s/ Jon D. Derrevere*
JON D. DERREVERE
Fla. Bar No.: 330132
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
jdd@derreverelaw.com

*Admitted Pro Hac Vice*
Counsel for Plaintiff


CHARLES K. BRUNN
CBN: 28021
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Email: CBrunn@Brunn-Flynn.com

Co-counsel for Plaintiff

---

PLAINTIFF'S NOTICE OF FILING PAGE THIRTEEN (13) OF ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT PURSUANT TO ORDER [D.E. 80] DATED JULY 16, 2008

## PROOF OF SERVICE

*Fireman's Fund Ins. Co. v. Gerling American Ins.*

United States District Court, Northern District of California

Case No.: C 07 06302 CRB

I am employed in the City and County of West Palm Beach, State of Florida. I am over the age of 18 and not a party to the within action; my business address is: Derrevere, Hawkes & Black, 470 Columbia Drive, Building "B", West Palm Beach, Florida 33409.

On _July 17th_, 2008, I served the foregoing document(s) described as:

**PLAINTIFF'S NOTICE OF FILING PAGE THIRTEEN (13) OF ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT PURSUANT TO ORDER [D.E. 80] DATED JULY 16, 2008**

On the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in a sealed enveloped addressed as stated below:

**[ ] BY REGULAR MAIL:**

I caused such envelopes to be deposited in the United States Mail at West Palm Beach, Florida with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

**[X] BY ECF:**

I HEREBY CERTIFY that on this _17th_ day of _July_, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on: TINO X. DO, Barger & Wolen, LLP, 650 California Street, 9th Floor, San Francisco, CA 94108, tdo@barwol.com and CHARLES K. BRUNN, Brunn & Flynn, 928 12th Street, Suite 200, P.O. Box 3366, Modesto, CA 95354, CBrunn@Brunn-Flynn.com via transmission of Notices of Electronic Filing generated by CM/ECF.

**[X] FEDERAL** - I declare that I am employed in the office of a member of the Florida Bar, admitted to practice in all Florida Courts and who makes this Pro Hac Vice Application, that our co-counsel and sponsor is a member of the bar of this California Court, and at their direction this service was made. Executed at West Palm Beach, Florida on _July 17th_, 2008.

NAME: *Deanna N. Menendez*          Signature: /s/ Deanna N. Menendez