Shirley Jean McEachern (321044)
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
561-684-3222
*Pro Hac Vice*

CHARLES K. BRUNN (CBN: 28021)
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354

Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE COMPANY,
a foreign corporation a/s/o BASIC RESOURCES, INC.
and GEORGE REED, INC., a foreign corporation

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO. C 07 06302 CRB<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION SUBMITTED IN SUPPORT OF MOTION FOR FINAL SUMMARY JUDGMENT [D.E. 58] [F.R.C.P. 56, CIVIL L.R. – 7.3. (d)]**<br><br>**Hearing Date: August 8, 2008**<br>**Time: 10:00 a.m.**<br>**Courtroom: 8** |

**TO: THE HONORABLE COURT AND TO DEFENDANT AND COUNSEL OF RECORD:**

**COMES NOW**, Plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., ("FFIC") by and through undersigned counsel and pursuant to Fed.R.Civ.P. 56, Civil L. R. 7-3 (d), respectfully files/serves this Statement of Recent Decision of Colony Insurance Company vs. Mix Brothers Tank Service, Inc., 2008 U.S. Dist.

**PLAINTIFF'S STATEMENT OF RECENT DECISION SUBMITTED IN SUPPORT OF MOTION FOR FINAL SUMMARY JUDGMENT [D.E. 58] [F.R.C.P. 56, CIVIL L.R. – 7.3. (d)]**

LEXIS 42652 (E.D. La. May 29, 2008), submitted in support of FFIC's Motion for Final Summary Judgment set for hearing Friday, August 8, 2008 at 10:00 a.m..

The undersigned counsel does not know when this Recent Decision entered the "LEXIS" research system but the undersigned counsel's continual, extensive research only found this Recent Decision on LEXIS on Thursday, July 31, 2008, which quite possibly could be the first date this Recent Decision entered the LEXIS system. Although, this Recent Decision was decided on May 29, 2008 and filed May 30, 2008, it is yet to be "published." It appears, though, that this Recent Decision shall, indeed, be "published" since the Court did not designate the Recent Decision as "unpublished", not to be cited as legal authority or precedent. A copy of this Recent Decision is attached hererto as Exhibit "A", pursuant to Civil L.R. 7-3 (d).

**DATED** 1st day of August 2008.

By: Shirley Jean McEachern

SHIRLEY JEAN McEACHERN
Fla. Bar No.: 321044
Derrevere, Hawkes & Black
470 Columbia Drive, Bldg B
West Palm Beach, FL 33409
jdd@derreverelaw.com

*Admitted Pro Hac Vice*
Counsel for Plaintiff

CHARLES K. BRUNN
CBN: 28021
BRUNN & FLYNN
928 12th Street, Suite 200
P.O. Box 3366 (95353)
Modesto, California 95354
Email: CBrunn@Brunn-Flynn.com

Co-counsel for Plaintiff

**PROOF OF SERVICE**

*Fireman's Fund Ins. Co. v. Gerling American Ins.*

United States District Court, Northern District of California

Case No.: C 07 06302 CRB

I am employed in the City and County of West Palm Beach, State of Florida. I am over the age of 18 and not a party to the within action; my business address is: Derrevere, Hawkes & Black, 470 Columbia Drive, Building "B", West Palm Beach, Florida 33409.

On August 1st, 2008, I served the foregoing document(s) described as:

**PLAINTIFF'S STATEMENT OF RECENT DECISION SUBMITTED IN SUPPORT OF MOTION FOR FINAL SUMMARY JUDGMENT [D.E. 58] [F.R.C.P. 56, CIVIL L.R. – 7.3. (d)]**

On the interested parties in this action by placing [ ] the original [ X ] a true copy thereof enclosed in a sealed enveloped addressed as stated below:

**[ ] BY REGULAR MAIL:**

I caused such envelopes to be deposited in the United States Mail at West Palm Beach, Florida with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

**[X] BY ECF:**

I HEREBY CERTIFY that on this 1st day of August, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on: TINO X. DO, Barger & Wolen, LLP, 650 California Street, 9th Floor, San Francisco, CA 94108, tdo@barwol.com and CHARLES K. BRUNN, Brunn & Flynn, 928 12th Street, Suite 200, P.O. Box 3366, Modesto, CA 95354, CBrunn@Brunn-Flynn.com via transmission of Notices of Electronic Filing generated by CM/ECF.

**[X] FEDERAL** - I declare that I am employed in the office of a member of the Florida Bar, admitted to practice in all Florida Courts and who makes this Pro Hac Vice Application, that our co-counsel and sponsor is a member of the bar of this California Court, and at their direction this service was made. Executed at West Palm Beach, Florida on August 1st, 2008.

NAME: Deanna N. Menendez

Signature: Deanna N. Menendez