**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** August 6, 2008
**Case No:** C07-6302 CRB (EMC)                    **Time:** 10:33 - 10:57 a.m.
                                                   **Court Reporter:**  Margo Gurule

**Case Name:** Fireman's Fund Insurance v. Gerling American Insurance

**Attorneys:**    Jon Derrevere for Plaintiff
                  Tino Do for Defendant

**Deputy Clerk:** Betty Fong


**PROCEEDINGS:**                          **ORDERED AFTER HEARING:**


-  PLAINTIFF'S MOTION TO COMPEL          Plaintiff's motion is granted in part and
                                         denied in part.  Parties shall further meet
                                         and confer on unresolved issue(s) and shall
                                         submit joint letter to court if not resolved.
                                         Court to issue order.



**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:**

cc: EMC