**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 8, 2008**

**C-07-06302CRB**

**FIREMAN'S FUND INS.  v.  GERLING AMERICAN INS.**

| Attorneys: | John Derrevere | Thomas Beer, Robert Levy, |
|---|---|---|
| | | Tino Do |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Lydia Zinn**

| PROCEEDINGS: | RULING: |
|---|---|
| 1. X-Motions for Summary Judgment | Submitted |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

(X) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court  X

( ) Referred to Magistrate Judge for: _____

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____                Expert Discovery Cut-Off _____
Plntf to Name Experts by _____         Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____