IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INS.,<br><br>    Plaintiff,<br><br>v.<br><br>GERLING AMERICAN INS.,<br><br>    Defendant.<br>_____/ | No. C 07-06302 CRB<br><br>**Clerk's Notice** |

YOU ARE NOTIFIED THAT the Court has scheduled a status conference for Friday, October 17, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. A status report shall be filed on or before October 10, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 11, 2008                                                    FOR THE COURT,

                                                                                                                                      Richard W. Wieking, Clerk

                                                                                                                             By: _____
                                                                                                                                   Barbara Espinoza
                                                                                                                                   Courtroom Deputy