IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIREMAN'S FUND INSURANCE ) CASE NO. C 07 06302 CRB
COMPANY, a California corporation )
a/s/o BASIC RESOURCES, INC. ) **ORDER FOR CONTINUATION OF CASE**
and GEORGE REED, INC., California ) **MANAGEMENT CONFERENCE AND**
corporations, ) **SCHEDULING OF HEARING**
)
      Plaintiff, )
)
vs. )
)
GERLING AMERICA INSURANCE )
COMPANY, a foreign corporation, )
)
      Defendant. )
)

## ORDER FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE AND SCHEDULING OF HEARING

THIS CAUSE having come before the Court upon the above Joint Stipulation, and the Court being fully advised in the premises therein, it is hereby,

ORDERED AND ADJUDGED that the Case Management Conference is continued from October 17, 2008 to October 31, 2008 and the Status Report shall be filed on or before October 23 2008. Further a hearing will be scheduled on October 31, 2008 at 8:30 a.m. to resolve the parties' differences as to damages.

IT IS SO ORDERED.

_____
CHARLES S R. BREYER
UNITED STATES DISTRICT JUDGE

DATED: September 26, 2008

---

ORDER FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE AND REQUEST FOR HEARING TO RESOLVE PARTIES' DIFFERENCES AS TO DAMAGES