IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIREMAN'S FUND INS.,

    Plaintiff,

  v.

GERLING AMERICAN INS.,

    Defendant.

No. C 07-06302 CRB

**ORDER**

The parties' request for a continuation of the Case Management Conference scheduled for October 17, 2008 is hereby GRANTED. The parties are further ordered to submit briefs, not to exceed seven pages, on the appropriate calculation of damages by October 23, 2008. Pursuant to the Court's Order of August 11, 2008, Fireman's Fund Insurance Company is entitled to recover for any damage to property not furnished by Gencor. The sole issue to be resolved is the factual inquiry into the value of the non-Gencor property damaged in the explosion. After reviewing the submissions, the Court will consider whether a further hearing is necessary.

**IT IS SO ORDERED.**

Dated:   September 29, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\6302\order briefs damages.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28