IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIREMAN'S FUND INS.,

    Plaintiff,

v.

GERLING AMERICAN INS.,

    Defendant.

No. C 07-06302 CRB

**ORDER**

The Court has reviewed the parties' case management conference statement.  The parties are hereby ordered to submit two rounds of simultaneous briefing on the issue of post-judgment interest, to be completed no later than February 13, 2009.  The parties shall jointly select the dates that each round will be submitted.  Each brief shall be no longer than seven pages.  The case management conference scheduled for December 19, 2008 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: December 16, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\6302\Order CMC.wpd