IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INS. CO., | No. C 07-06302 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| GERLING AMERICAN INS. CO., | |
| Defendant.                                   / | |

On December 16, 2008, this Court issued a deadline of February 13, 2009 for the parties to brief the issue of post-judgment interest. The parties have indicated that they "have tentatively agreed to a full resolution of this action," thus the Court hereby grants their request to VACATE the briefing deadline.

**IT IS SO ORDERED.**

Dated: December 18, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\6302\Order CMC 3.wpd