Thomas R. Beer (148175), tbeer@bargerwolen.com
Tino X. Do (221346), tdo@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
GERLING AMERICA INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a foreign corporation a/s/o BASIC RESOURCES, INC. and GEORGE REED, INC., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GERLING AMERICA INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CASE NO.: 3:07-cv-06302-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** |

j:\office2\29218\011\09pleadings\jt stip for dismissal.doc

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE
CASE NO: 3:07-cv-06302-CRB

1  Plaintiff FIREMAN'S FUND INSURANCE COMPANY and Defendant GERLING
2  AMERICA INSURANCE COMPANY, by and through their counsel, hereby stipulate to dismissal
3  of this action in its entirety with prejudice.
4  IT IS SO STIPULATED.

6  DATED this 30th day of January, 2009.

7  By:  /s/ Jon D. Derrevere
     JON D. DERREVERE
8    Derrevere, Hawkes & Black
     470 Columbia Drive, Bldg B
9    West Palm Beach, FL 33409
     jdd@derreverelaw.com

   *Admitted Pro Hac Vice*
11 Counsel for Plaintiff

   By:  /s/ Thomas R. Beer
        THOMAS R. BEER
        Barger & Wolen LLP
        650 California Street, 9th Floor
        San Francisco, CA 94108
        tbeer@bargerwolen.com

        Counsel for Defendant

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE
CASE NO: 3:07-cv-06302-CRB

# [PROPOSED] ORDER

IT IS SO ORDERED that the above-captioned matter is dismissed in its entirety with prejudice.

Dated: Feb. 03, 2009

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800